**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Landmark Holdings of Florida, LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Middle District of Florida (the "Court"). The Debtors prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference herein, and comprise an integral part of the Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of These Chapter 11 Cases and "As of" Information Date**.  On March 9, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  To the best of the Debtors' knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated.

2. **General Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, inadvertent errors or omissions may exist.  Additionally, the Schedules and Statements contain significant unaudited information.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including to (a) amend them with respect to any claim (each, a "Claim") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtors.  Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

3. **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles and are not intended to reconcile fully to any financial statements prepared by the Debtors.  Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4. **Book Value**.  Except as otherwise noted, each asset and liability is shown at net book value in accordance with each Debtor's accounting books and records.  Therefore, the Schedules and Statements are not based on any estimate of the current market values of the Debtors' assets and liabilities unless otherwise noted herein.

5. **Litigation**.  The inclusion of any Litigation Action ("Litigation Action") in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any related potential claim, or the amount and treatment of any potential claim resulting from any Litigation Action pending or that may arise.

6. **First Day Orders**.  Pursuant to various "first day" orders (each, a "First Day Order," and collectively, the "First Day Orders") entered by the Court, the Debtors and their estates are authorized to (a) pay certain prepetition wages, salaries, employee benefits, expenses, and other compensation, and (b) honor prepetition obligations related to existing refund programs, including the Debtors' extended repayment schedules ("ERS") with the Centers for Medicare & Medicaid Services.  To the extent certain prepetition Claims were paid or other prepetition obligations honored pursuant to the relief granted by the First Day Orders, such Claims have been omitted from the Schedules and Statements.  Additionally, certain Claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders or other orders of the Court.

7. **Intercompany Payables and Receivables.**  The operation of the Debtors' cash management system gives rise to certain intercompany payables and receivables between individual Debtors.  Schedules A/B and E/F, respectively, set out the gross balance of each payable and receivable between each party.  The listing by each Debtor of any account between a Debtor and another affiliate reflects the balances in the Debtors' books and records.  It does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

8. **Executory Contracts and Unexpired Leases**.  The Debtors have not included executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors have included executory contracts and unexpired leases solely on Schedule G.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the item, or an admission as to the existence or validity of any Claims held by the counterparty to such contract.

9. **Employees**.  The Debtors' executed a Corporate Professional Employer Organization ("CPEO") agreement with ADP TotalSource ("TotalSource") in March 2024.  Pursuant to the CPEO agreement, TotalSource manages certain of the Debtors' employee benefits programs and provides employees and employee payroll services to the Debtors.  Debtor Landmark Management Services of Florida, LLC ("LMS") executed the CPEO agreement on behalf of all Debtors with employees subject to the CPEO arrangement.  Accordingly, the Debtors have listed all TotalSource contracts on only LMS's Schedule G.  All payments related to Employee obligations, excluding to certain third party and independent contractor personnel, are remitted by the Debtors to TotalSource.  TotalSource contracts directly with all benefit providers except

for the Debtor-sponsored 401K plan which is administered by Landmark Holdings of Florida, LLC ("LHF").

10. **Insiders**.  The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is not intended to be a legal characterization of such party as an insider or reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

11. **Accounts Payable and Disbursement Systems**.  The Debtors maintain a centralized cash management system to collect and disburse funds in the ordinary course.  A description of the cash management system is set forth in the Debtors' Cash Management Motion filed at Docket No. 23.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### A.      Schedule A/B – Real and Personal Property

**Item 3.  Accounts Receivable:** The Debtors record receivables from various payors including Medicare, Medicaid, Medicare Advantage, Commercial insurers and Other parties.  The Debtors pursue collection of all accounts but are not assured payment for various reasons.  To estimate the Current Value of the Debtors' Interests in their Accounts Receivable ("A/R"), the Debtors used the A/R aging closest to the Petition Date, the report dated March 18, 2025, and made adjustments to approximate the March 9, 2025, gross balance.  The Debtors netted estimates of Doubtful or Uncollectible accounts against the gross balances to arrive at the estimated Current Value.  The Debtors reserve all rights to pursue any accounts which may have been included in the estimate of Doubtful or Uncollectible amounts.

**Item 74.  Causes of Action**: Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws.  The Debtors and their estates reserve all rights with respect to any Claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

### B.      Schedule D – Creditors Who Have Claims Secured by Property

The Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtors.  Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.

C.      **Schedule E/F – Creditors Who Have Unsecured Claims**

*Part 2:    Creditors Holding Non-Priority Unsecured Claims*.  While the Debtors have used reasonable efforts to list all general unsecured Claims, additional Claims may exist.

The amounts listed on Schedule E/F do not reflect any rights of setoff or recoupment, and the Debtors reserve all rights to assert any such setoff or recoupment rights.

Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

D.      **Schedule G – Executory Contracts**

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G.  The contracts and agreements listed on Schedule G may have expired or been modified, amended, or supplemented by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

In the ordinary course of business, and in connection with the proposed sale process, the Debtors may have entered into confidentiality agreements.  To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

**General.** Several Statements require dates of service for individual's employment.  For any entry without a "to" date, the individual remains employed by the Debtors.

**Statement 3.** LMS made a $600K payment to its insurance broker, Arthur J Gallagher, on 1/16/2025 from Amerant account 5906.  The payment was returned and redeposited on 1/30/2025 to Landmark Amerant account 5706.  While there was no net disbursement, the Debtors have included the payment in Statement 3 to disclose all disbursements in the 90-day period.

The detail herein includes 890 cash transfers totaling $36,455,871.65 between Debtors as part of the Debtors' ordinary course business operations.  As described in further detail in the Debtors' cash management motion, the Debtors maintain a centralized cash management system, but account for any intercompany transfers in their books and records.  Disbursements to third parties are therefore overstated by the amount of any such intercompany transfer.

**Statement 11.**   Debtor, LHF made certain payments related to bankruptcy within 1 year before the filing of these cases.  While those payments and the services of the professional firms were for the benefit of all Debtors, the transfers are detailed on LHF's SOFA only.

**Statement 13.**   LMS houses the senior leadership team that provides healthcare management services to each of the Debtors.  All compensation and related disbursements for such management personnel are made through LMS.

**Statement 25.**   LHF held an interest in Landmark Hospital of Salt Lake City, LLC ("LHSLC") C4252 Birkhill Blvd., Murray, UT 84107.   LHSLC was dissolved on 4/20/2019 and has no ongoing operations.

**Statement 30**.  Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.


***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Landmark Management Services of Florida, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td>Case number (If known):</td><td>2:25-bk-00398</td></tr>
</table>

(State)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................

    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..........................................................................

    $ _____ 47,628,207.40

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................

    $ _____ 47,628,207.40

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................

    $ _____ 31,286,816.42

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................

    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................

    +$ _____ 29,995,772.70

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 61,282,589.12

**Fill in this information to identify the case:**

Debtor name  Landmark Management Services of Florida, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):  2:25-bk-00398

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $ 0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Montgomery Bank | Checking | 0  5  8  4 | $ 64,416.76 |
| 3.2. See continuation sheet | | | $ 926,175.14 |

**4. Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $ 990,591.90 |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Security Deposit - H&E Properties | $ 5,066.25 |
| 7.2. _____ | $_____ |

Debtor    Landmark Management Services of Florida, LLC
          Name

Case number (if known) 2:25-bk-00398

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Workers Compensation Insurance, Arthur J. Gallagher Risk Management Services, LLCINS    $ 131,192.35

8.2. _____    $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 136,258.60

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $ _____
                            face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $ _____
                         face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor    Landmark Management Services of Florida, LLC
          _____
          Name

                                              Case number *(if known)* ___2:25-bk-00398___

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Landmark Management Services of Florida, LLC
          Name                                                        Case number (if known)  2:25-bk-00398

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                              $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office equipment | $ 0.00 | _____ | $ 0.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                             $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Landmark Management Services of Florida, LLC
_____
Name

Case number *(if known)*_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Landmark Management Services of Florida, LLC    Case number (if known) 2:25-bk-00398
_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Rental Property at 5153 Bluebonnet Suite B Baton Rouge, LA 70809 | Lessee | $ 0.00 | | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** SNF Certificate of Need - (Columbia, MO) (Joplin, MO) | $ 232,819.96 | | Unknown $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** Domains, IP, Trademarks, Etc. | $_____ | _____ | Unknown $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $ 0.00

Debtor  Landmark Management Services of Florida, LLC
        Name

Case number (if known) 2:25-bk-00398

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:  All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

**71. Notes receivable**

Description (include name of obligor)

_____  0.00 _____ 0.00 _____ = ➡  $ 0.00 _____
                      Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|--|--|--|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____  $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim        _____
Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim        _____
Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____  $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| InterCo Receivable due from Landmark Hospital of Savannah, LL | $ 10,147,003.30 |
| See continuation sheet | $ 36,354,353.60 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 46,501,356.90

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Landmark Management Services of Florida, LLC _____    Case number *(if known)* 2:25-bk-00398 _____
  Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 990,591.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 136,258.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 46,501,356.90 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 47,628,207.40 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ 47,628,207.40 | | $ 47,628,207.40 |

2:25-bk-00398

Debtor 1 ___Landmark Management Services of Florida, LLC_____
         First Name    Middle Name    Last Name

Case number (*if known*)_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Montgomery Bank | Checking | 1168 |
| Balance: 263,848.07 | | |
| Montgomery Bank | Checking | 2011 |
| Balance: 8,309.22 | | |
| Montgomery Bank | Checking | 3435 |
| Balance: 117,801.07 | | |
| Amerant | Checking | 5706 |
| Balance: 446,405.53 | | |
| Montgomery Bank | Checking | 4579 |
| Balance: 0.00 | | |
| Montgomery Bank | Checking | 7973 |
| Balance: 89,811.25 | | |
| Amerant | Checking | 1006 |
| Balance: 0.00 | | |
| Amerant | Checking | 5906 |
| Balance: 0.00 | | |
| Amerant | Checking | 6206 |
| Balance: 0.00 | | |
| Amerant | Checking | 6306 |
| Balance: 0.00 | | |
| Amerant | Checking | 6406 |
| Balance: 0.00 | | |
| Amerant | Checking | 6006 |
| Balance: 0.00 | | |
| Amerant | Checking | 6106 |
| Balance: 0.00 | | |

**77) Other property of any kind not already listed**

2:25-bk-00398

Landmark Management Services of Florida, LLC

Debtor 1 _____    Case number *(if known)*_____
 First Name      Middle Name      Last Name

## **<u>Continuation Sheet for Official Form 206 A/B</u>**

| General description | Current value |
|---|---|
| Receivable due from Landmark Hospital of Salt Lake City, LLC | 12,339,037.78 |
| Receivable due from Longevity Performance Center, LLC | 805,559.65 |
| Receivable due from Medical Physicians, Inc. | 122,621.53 |
| InterCo Receivable due from Landmark Hospital of Columbia, LLC | 6,251,161.05 |
| InterCo Receivable due from Landmark Real Estate Holdings, LLC | 5,265,402.85 |
| InterCo Receivable due from Landmark Hospital of Joplin, LLC | 1,081,107.31 |
| Receivable due from Landmark Hospitals of Southwest Florida, LLC | 1,597,538.85 |
| Receivable due from Technomad, LLC | 802,657.28 |
| Receivable due from White Oaks | 843,120.38 |
| InterCo Receivable due from Landmark Holdings of Florida, LLC | 7,246,146.92 |

**Fill in this information to identify the case:**

Debtor name          Landmark Management Services of Florida, LLC

United States Bankruptcy Court for the:    Middle District of Florida

Case number (If known):    2:25-bk-00398

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
Amerant Bank, N.A.

Describe debtor's property that is subject to a lien

All Assets

$ 31,286,816.42    $ Undetermined

Creditor's mailing address

220 Alhambra Cir
Suite 206, Miami, FL 33144

Creditor's email address, if known

Describe the lien

Date debt was incurred    12/9/2020

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**    Creditor's name

Describe debtor's property that is subject to a lien

$ _____    $ _____

Creditor's mailing address

Creditor's email address, if known

Describe the lien

Date debt was incurred

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 31,286,816.42

| Debtor | Landmark Management Services of Florida, LLC | Case number (*if known*) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Landmark Management Services of Florida, LLC

United States Bankruptcy Court for the:   Middle District of Florida

Case number   2:25-bk-00398
(if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor ___Landmark Management Services of Florida, LLC___

Name

Case number *(if known)* ___2:25-bk-00398___

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

$ 37.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

$ 29.12

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

$ 23.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 14.56

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 251.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|--------|------|------|------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

[REDACTED]
[REDACTED]

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Patient refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 231.95

---

**3.8** Nonpriority creditor's name and mailing address

[REDACTED]
[REDACTED]

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Patient refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.87

---

**3.9** Nonpriority creditor's name and mailing address

[REDACTED]
[REDACTED]

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Patient refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 225.16

---

**3.10** Nonpriority creditor's name and mailing address

[REDACTED]
[REDACTED]

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Patient refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 373.90

---

**3.11** Nonpriority creditor's name and mailing address

[REDACTED]
[REDACTED]

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Patient refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61.00

---

Debtor    Landmark Management Services of Florida, LLC    Case number (if known) 2:25-bk-00398
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

ADDISON GROUP
7076 SOLUTIONS CENTER
CHICAGO, IL 60677

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 13,125.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

ADVANCE INDUSTRIAL MECHANICAL
1765 TOBACCO ROAD
AUGUSTA, GA 30906

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 18,767.91

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

AEROCARE HOME MEDICAL INC
15401 VANTAGE PKWY W
SUITE 100
HOUSTON, TX 77032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 511.75

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

ALLIED-CERTIFIED MEDICAL WASTE
2600 W EXECUTIVE PARKWAY STE 300
LEHI, UT 84043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 2,700.36

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

APPLICHAT LIMITED
7 LAPWING PARK
NEWTOWNARDS, UK

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 90.27

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   Landmark Management Services of Florida, LLC     Case number *(if known)* 2:25-bk-00398

Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.17**   **Nonpriority creditor's name and mailing address**

ATUL M. DEVANI, MD
462 ELMA G MILES PKWY
HINESVILLE, GA 31313

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 32.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18**   **Nonpriority creditor's name and mailing address**

BATES & COMPANY, INC.
1201 S. ORLANDO AVE #202
WINTER PARK, FL 32789

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 24,277.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19**   **Nonpriority creditor's name and mailing address**

BATON ROUGE CLINIC, AMC
7373 PERKINS RD
BATON ROUGE, LA 70808

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 45.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20**   **Nonpriority creditor's name and mailing address**

BENTON BENTON & ASSOCIATES
8680 BLUEBONNET BLVD,
SUITE F
BATON ROUGE, LA 70810

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 560.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21**   **Nonpriority creditor's name and mailing address**

BOONE PHYSICIAN SERVICES, LLC
P.O. BOX 411725
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 270.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Landmark Management Services of Florida, LLC
_____
Name

Case number *(if known)* 2:25-bk-00398

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.22**   **Nonpriority creditor's name and mailing address**

BRITTANY F. FORDHAM, MS
133 W ATHENS ST
WINDER, GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 98.26

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23**   **Nonpriority creditor's name and mailing address**

CAPE COUNTY PRIVATE AMBULANCE
1458 N. KINGSHIGHWAY
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 125.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24**   **Nonpriority creditor's name and mailing address**

CAPITAL REGION MED CENTER
1125 MADISON ST
JEFFERSON CITY, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 947.44

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25**   **Nonpriority creditor's name and mailing address**

CARDIOLOGY ASSOC OF
SAVANNAH, LLC
11700 MERCY BLVD PLAZA D #6
SAVANNAH, GA 31419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 4,083.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26**   **Nonpriority creditor's name and mailing address**

CAREFUSION SOLUTIONS LLC
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 2,893.03

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor Landmark Management Services of Florida, LLC _____  Case number (*if known*) 2:25-bk-00398
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address

CAROLINA SPEECH PATHOLOGY LLC
130 SALEM TOWNE COURT
APEX, NC 27502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 395.00

**3.28** | Nonpriority creditor's name and mailing address

CE-TECH OF JACKSONVILLE, INC
PO BOX 2580
JACKSONVILLE, FL 32203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,199.47

**3.29** | Nonpriority creditor's name and mailing address

CENTRAL EMS
PO BOX 661017
DALLAS, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 613.32

**3.30** | Nonpriority creditor's name and mailing address

CENTRAL MO HEALTHCARE ASSOC
1417 BINGHAM RD
BOONVILLE, MO 65233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 117.29

**3.31** | Nonpriority creditor's name and mailing address

CITY OF SAVANNAH
REVENUE DEPT
PO BOX 1968
SAVANNAH, GA 31402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,823.52

Debtor    Landmark Management Services of Florida, LLC    Case number (if known) 2:25-bk-00398
Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 32  **Nonpriority creditor's name and mailing address**

CLINICAL SOLUTIONS
1900 SCHUETZ ROAD
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,733.50

---

**3.** 33  **Nonpriority creditor's name and mailing address**

COALITION OF LONG-TERM ACUTE
CARE HOSPITALS
21351 GENTRY DRIVE SUITE 210
STERLING, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,166.67

---

**3.** 34  **Nonpriority creditor's name and mailing address**

COASTAL MEDICAL STAFFING
1536 FORDING ISLAND ROAD
SUITE 108
HILTON HEAD ISLAND, SC 29926

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,952.82

---

**3.** 35  **Nonpriority creditor's name and mailing address**

CONNECTED HEALTH CARE, LLC
PO BOX 9487
TYLER, TX 75711

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,544.47

---

**3.** 36  **Nonpriority creditor's name and mailing address**

CONNECTRIA, LLC
10845 OLIVE BLVD.
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,024.14

---

Debtor    Landmark Management Services of Florida, LLC    Case number (if known) 2:25-bk-00398
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **37** **Nonpriority creditor's name and mailing address**

CSC
PO BOX 7410023
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 800.70

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **38** **Nonpriority creditor's name and mailing address**

DERMATOLOGY ASSOCIATES OF GA
1951 CLAIRMONT ROAD
DECATUR, GA 30033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 131.00

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **39** **Nonpriority creditor's name and mailing address**

DOCTEGRITY
3308 PRESTON ROAD 350-205
PLANO, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 352.16

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **40** **Nonpriority creditor's name and mailing address**

DR. WILLIAM KAPP
8171 BAY COLONY DR.
#902
NAPLES, FL 34108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 446,046.02

**Basis for the claim:** InterCo transactions

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **41** **Nonpriority creditor's name and mailing address**

DRFIRST.COM, INC
8420 KEY WEST AVE, SUITE 101
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,650.40

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Landmark Management Services of Florida, LLC
Name

Case number (if known) 2:25-bk-00398

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 42  **Nonpriority creditor's name and mailing address**

DT INTERPRETING
PO BOX 65
PEWAUKEE, WI 53072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 336.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 43  **Nonpriority creditor's name and mailing address**

ERICKSON ASSOCIATES, INC
PO BOX 23529
SAVANNAH, GA 31403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 749.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44  **Nonpriority creditor's name and mailing address**

EXCEL IMAGING SOLUTIONS LLC
7300 CESSNA DRIVE
GREENSBORO, NC 27409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 765.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 45  **Nonpriority creditor's name and mailing address**

FAMILY SUPPORT PMT CENTER
PO BOX 109001
JEFFERSON CITY, MO 65110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 398.30

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 46  **Nonpriority creditor's name and mailing address**

FAVORITE HEALTHCARE STAFFING
PO BOX 26225
OVERLAND PARK, KS 66225

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 22,744.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Landmark Management Services of Florida, LLC
            Name                                                      Case number *(if known)* 2:25-bk-00398

## Part 2:      Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.47** **Nonpriority creditor's name and mailing address**

FLORIDA WOMAN CARE, LLC
1735 W HIBISCUS BLVD
STE 101
MELBOURNE, FL 32901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 88.05

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.48** **Nonpriority creditor's name and mailing address**

GA DEPT OF COMM HEALTH
DIV OF FIN. MGT.
2 PEACHTREE ST. NW
ATLANTA, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medicaid Provider Fee

$ 131,566.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.49** **Nonpriority creditor's name and mailing address**

GASTROINTESTINAL ASSOCIATES LLP
210 PORTLAND STREET
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 676.88

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.50** **Nonpriority creditor's name and mailing address**

GE HEALTHCARE
PO BOX 640200
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 2,015.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.51** **Nonpriority creditor's name and mailing address**

GREATER ANESTHESIA SERVICES
5880 S HOSPITAL DR
GLOBE, AZ 85501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade payable

$ 2,133.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor   Landmark Management Services of Florida, LLC
_____
Name

Case number (if known) 2:25-bk-00398

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.52** Nonpriority creditor's name and mailing address

GROVE MEDICAL
1089 PARK WEST BLVD
GREENVILLE, SC 29611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 1,175.04

---

**3.53** Nonpriority creditor's name and mailing address

HALIFAX EMS LLC
220 BEN BURTON CIRCLE
STE A
BOGART, GA 30622

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 1,551.53

---

**3.54** Nonpriority creditor's name and mailing address

HAMILTON MEDICAL, INC.
201 EDISON WAY
UNIT A
RENO, NV 89502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 3,011.08

---

**3.55** Nonpriority creditor's name and mailing address

HEALTH CARE SYSTEM
5755 CARMICHAEL PARKWAY
MONTGOMERY, AL 36117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 430.00

---

**3.56** Nonpriority creditor's name and mailing address

HEALTH IMAGES AT CHURCH RANCH
7233 CHURCH RANCH BLVD
STE 150
WESTMINSTER, CO 80021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 56.18

---

Debtor  Landmark Management Services of Florida, LLC
Name

Case number (if known) 2:25-bk-00398

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 57   **Nonpriority creditor's name and mailing address**

HEALTHJOY, LLC
435 NORTH LASALLE DRIVE, 5TH FLOOR
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**   $ 7,300.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 58   **Nonpriority creditor's name and mailing address**

HIREN PATEL, MD
2501 N 3RD ST
HARRISBURG, PA 17110

**As of the petition filing date, the claim is:**   $ 105.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 59   **Nonpriority creditor's name and mailing address**

HOBDARI FAMILY HEALTH LLC
1855 VETERANS PARK DR
STE 201
NAPLES, FL 34109

**As of the petition filing date, the claim is:**   $ 29.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 60   **Nonpriority creditor's name and mailing address**

HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886

**As of the petition filing date, the claim is:**   $ 1,486.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 61   **Nonpriority creditor's name and mailing address**

IMAGEFIRST SOUTHEAST REGION
PO BOX 748385
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**   $ 1,366.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Landmark Management Services of Florida, LLC    Case number (if known) 2:25-bk-00398

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

IMPERIAL IMAGING TECHNOLOGY
3939 ROYAL DRIVE NW,
SUITE 135
KENNESAW, GA 30144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 474.60

---

**3.63** Nonpriority creditor's name and mailing address

JACKSON NURSE PROFESSIONALS
3452 LAKE LYNDA DRIVE
ORLANDO, FL 32817

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,400.00

---

**3.64** Nonpriority creditor's name and mailing address

JOAN T. JAMES, MD
137 W ATHENS ST
SUITE 103
WINDER, GA 30680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 158.41

---

**3.65** Nonpriority creditor's name and mailing address

JOHN P GAY
225 PLUMNELLY ROAD
ATHENS, GA 30606

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,175.00

---

**3.66** Nonpriority creditor's name and mailing address

JOPLIN INTERNAL MEDICINE
2615 E 20TH ST
JOPLIN, MO 64804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 149.54

---

Debtor    Landmark Management Services of Florida, LLC

Name

Case number *(if known)*  2:25-bk-00398

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 67  **Nonpriority creditor's name and mailing address**

JSC SYSTEMS, INC.
PO BOX 551629
JACKSONVILLE, FL 32255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 544.00

**3.** 68  **Nonpriority creditor's name and mailing address**

KONA ICE OF SAVANNAH
110 BEAULIEU FARM BEND
SAVANNAH, GA 31406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 276.86

**3.** 69  **Nonpriority creditor's name and mailing address**

LANDMARK HOSPITAL OF ATHENS, LLC
775 SUNSET DRIVE
ATHENS, GA 30606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22,454,172.52

**3.** 70  **Nonpriority creditor's name and mailing address**

LANDMARK HOSPITAL OF CAPE GIRARDEAU, LLC
3255 INDEPENDENCE ST.
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,622,118.68

**3.** 71  **Nonpriority creditor's name and mailing address**

LAUREN B. SANDERS, MD
500 RUE DE LA VIE ST
STE 100
BATON ROUGE, LA 70817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 265.20

Debtor    Landmark Management Services of Florida, LLC

Name

Case number (if known) 2:25-bk-00398

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3. 72 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,747.12 |
| LEVEL 3 COMMUNICATIONS<br>PO BOX 910182<br>DENVER, CO 80291 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3. 73 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 115.38 |
| LINDSAY D. BARTH, DPM<br>13303 TESSON FERRY RD<br>STE 150<br>ST. LOUIS, MO 63128 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3. 74 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,468.03 |
| LOWCOUNTRY MEDICAL LINENS<br>PO DRAWER 549<br>BRUNSON, SC 29911 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3. 75 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 30,700.00 |
| M & Z TELEMEDICINE<br>4403 SILVER VALLEY D<br>COLUMBIA, MO 65203 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

| | |
|---|---|
| 3. 76 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 90.00 |
| M&M MULTIMEDIA, LLC<br>3339-2 OTTAWA CIRCLE<br>FORT MYERS, FL 33907 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| | **Is the claim subject to offset?** |
| **Date or dates debt was incurred** _____ | ☑ No |
| **Last 4 digits of account number** _____ | ☐ Yes |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Landmark Management Services of Florida, LLC    Case number *(if known)* 2:25-bk-00398

Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 77** Nonpriority creditor's name and mailing address

MALANA M. SUTHERLAND, BA
6148 WATERFORD LN
SORRENTO, LA 70778

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 210.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 78** Nonpriority creditor's name and mailing address

MCGUIREWOODS LLP
901 EAST CARY STREET
RICHMOND, VA 23219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

$ 5,107.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 79** Nonpriority creditor's name and mailing address

MEDICAL BUSINESS CONSULTANTS
11605 SOUTHFORK AVE - STE B
BATON ROUGE, LA 70816

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 4,202.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 80** Nonpriority creditor's name and mailing address

MEDLINK GEORGIA INC
2000 PRINCE AVENUE
ATHENS, GA 30606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 202.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 81** Nonpriority creditor's name and mailing address

MELE PRINTING COMPANY, LLC
619 NORTH TYLER STREET
COVINGTON, LA 70433

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade payable

$ 680.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Landmark Management Services of Florida, LLC
          Name                                                    Case number (if known)  2:25-bk-00398

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.82** Nonpriority creditor's name and mailing address

MERCY CLINIC JOPLIN LLC
P.O. BOX 504944
ST. LOUIS, MO 63150

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 135.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

MICHAEL J. CHOE, MD
100 E LANCASTER AVE
STE 4303
WYNNEWOOD, PA 19096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 71.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

MICROAGE
15210 S. 50TH STREET, SUITE 180
PHOENIX, AZ 85044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 617.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

MIDWEST NUTRITION SPECIAL
326 SOUTH BROADVIEW
SUITE B
CAPE GIRARDEAU, MO 63703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 8,550.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

MIDWEST RECYCLING CENTER
3751 OLD HIGHWAY M
IMPERIAL, MO 63052

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 18 of 28

| Debtor | Landmark Management Services of Florida, LLC | Case number *(if known)* 2:25-bk-00398 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**  **Nonpriority creditor's name and mailing address**

MOBILE STORAGE SOLUTIONS
4646 E VAN BUREN ST, SUITE 400
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 372.60

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.88**  **Nonpriority creditor's name and mailing address**

NAPLES GYNECOLOGY LLC. BLANE
CRANDALL
1660 MEDICAL BLVD
SUITE 101
NAPLES, FL 34110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.45

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.89**  **Nonpriority creditor's name and mailing address**

NORVIN EUGENE THOMAS MD
5914 IVORY LANE
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,600.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.90**  **Nonpriority creditor's name and mailing address**

NOVA BIOMEDICAL CORPORATION
200 PROSPECT ST
WALTHAM, MA 02453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,563.87

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.91**  **Nonpriority creditor's name and mailing address**

OCONEE HEART AND VASCULAR CENTER
2470 DANIELLS BRIDGE RD
BLDG 200, STE 251
ATHENS, GA 30606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 102.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor   Landmark Management Services of Florida, LLC
         Name

Case number (if known) 2:25-bk-00398

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.92** Nonpriority creditor's name and mailing address

PIEDMONT ATHENS REGIONAL FIRST CARE
1199 PRINCE AVE
ATHENS, GA 30606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 205.46

Basis for the claim: Trade payable

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.93** Nonpriority creditor's name and mailing address

PIONEER COMMERCIAL CLEANING IN
312 FOREST HILLS BLVD
NAPLES, FL 34113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,803.12

Basis for the claim: Trade payable

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.94** Nonpriority creditor's name and mailing address

PIRAMAL CRITICAL CARE INC.
PO BOX 734722
CHICAGO, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 720.00

Basis for the claim: Trade payable

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.95** Nonpriority creditor's name and mailing address

PITNEY BOWES INC.
PO BOX 371896
PITTSBURGH, PA 15250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 170.86

Basis for the claim: Trade payable

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.96** Nonpriority creditor's name and mailing address

PLANSOURCE BENEFITS ADMIN INC
PO BOX 932330
ATLANTA, GA 31193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,876.90

Basis for the claim: Trade payable

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      Landmark Management Services of Florida, LLC
            Name                                                          Case number (if known)    2:25-bk-00398

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⁹⁷  Nonpriority creditor's name and mailing address

POST-ACUTE PHYSICIANS OF MO PC
U.S. PHYSIATRY, LLC
1776 WOODSTEAD CT #208
THE WOODLANDS, TX 77380

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,210.00

Basis for the claim:  Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⁹⁸  Nonpriority creditor's name and mailing address

PROLINK HEALTHCARE, LLC
4600 MONTGOMERY RD, SUITE 300
CINCINNATI, OH 45212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 11,639.47

Basis for the claim:  Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ⁹⁹  Nonpriority creditor's name and mailing address

PROPATH SERVICES
1355 RIVER BEND DR
DALLAS, TX 75247

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29.27

Basis for the claim:  Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ¹⁰⁰  Nonpriority creditor's name and mailing address

QUEST DIAGNOSTICS
PO BOX 740736
ATLANTA, GA 30374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.63

Basis for the claim:  Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ¹⁰¹  Nonpriority creditor's name and mailing address

REV
PO BOX 919251
DALLAS, TX 75391

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63.03

Basis for the claim:  Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___Landmark Management Services of Florida, LLC_____    Case number (*if known*)__2:25-bk-00398___

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** **102**  **Nonpriority creditor's name and mailing address**

RICARDO HERNANDEZ MD
4354 W HAMPTON PL CT
SAINT CHARLES, MO 63304

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,600.00

**3.** **103**  **Nonpriority creditor's name and mailing address**

ROBERT M. STEADHAM, MD
2470 DANIELLS BRIDGE RD
200 261
ATHENS, GA 3060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 145.84

**3.** **104**  **Nonpriority creditor's name and mailing address**

SANDBERG PHOENIX & VON GONTARD
PO BOX 66726
ST. LOUIS, MO 63166

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,493.16

**3.** **105**  **Nonpriority creditor's name and mailing address**

SAVANNAH THERAPY SOLUTIONS
340 EISENHOWER DR
STE 520
SAVANNAH, GA 31406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 393.94

**3.** **106**  **Nonpriority creditor's name and mailing address**

SLICED HEALTH LLC
233 ARNOLD MILL ROAD
WOODSTOCK, GA 30188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107  **Nonpriority creditor's name and mailing address**

STAFF-SMART MEDICAL STAFF
P.O. BOX 7971
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 108  **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
DEPT DET
PO BOX 660409
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 152.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 109  **Nonpriority creditor's name and mailing address**

STEPHANIE A. AHASIC, DC
13020 LIVINGSTON RD SUITE 14
NAPLES, FL 34105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 84.86

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 110  **Nonpriority creditor's name and mailing address**

STERICYCLE INC
PO BOX 6582
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 227.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 111  **Nonpriority creditor's name and mailing address**

STINSON LEONARD STREET, LLP
PO BOX 843052
KANSAS CITY, MO 64184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,043.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112 **Nonpriority creditor's name and mailing address**

SULLIVAN STOLIER SCHULZE & GRU
909 POYDRAS ST., STE 2600
NEW ORLEANS, LA 70112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 1,150.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113 **Nonpriority creditor's name and mailing address**

SUPPLY CHAIN SOLUTIONS
200 FIRST STREET SW
ROCHESTER, MN 55905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 828.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114 **Nonpriority creditor's name and mailing address**

SYNEXIS, LLC
11711 W 79TH ST
LENEXA, KS 66214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 1,763.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115 **Nonpriority creditor's name and mailing address**

TACY MEDICAL, INC.
PO BOX 15807
FERNANDINA BEACH, FL 32035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 664.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116 **Nonpriority creditor's name and mailing address**

TAMELA M. SNYDER, MD
1968 PEACHTREE RD NW
PATHOLOGY DEPT
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 81.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Landmark Management Services of Florida, LLC_____   Case number (if known)__2:25-bk-00398__
            Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.117** **Nonpriority creditor's name and mailing address**

TEXAN EYE, PA
5717 BALCONES DR
AUSTIN, TX 78731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46.63

---

**3.118** **Nonpriority creditor's name and mailing address**

THE DAISY FOUNDATION
21128 21ST AVENUE WEST
LYNWOOD, WA 98036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 750.00

---

**3.119** **Nonpriority creditor's name and mailing address**

THE FILE ROOM
4107 RIDER TRAIL N
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 243.35

---

**3.120** **Nonpriority creditor's name and mailing address**

TOTAL ADMINISTRATIVE SERVICES
CORP (TASC)
2302 INTERNATIONAL LANE
MADISON, WI 53704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 945.39

---

**3.121** **Nonpriority creditor's name and mailing address**

TRAVIS RUTLAND, MD
480 HONEYSUCKLE RD
DOTHAN, AL 36305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 103.17

---

Debtor    Landmark Management Services of Florida, LLC    Case number *(if known)* 2:25-bk-00398
_____    _____
Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 122    **Nonpriority creditor's name and mailing address**

UNIVERSITY CANCER & BLOOD CENTER
3320 OLD JEFFERSON ROAD
BLDG 800
ATHENS, GA 30607

**As of the petition filing date, the claim is:**    $ 329.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 123    **Nonpriority creditor's name and mailing address**

URGENT CARE OF BERWICK
5730 OGEECHEE RD
#192
SAVANNAH, GA 31405

**As of the petition filing date, the claim is:**    $ 113.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 124    **Nonpriority creditor's name and mailing address**

VAN DE VEN, LLC
PO BOX 1090
CAPE GIRARDEAU, MO 63702

**As of the petition filing date, the claim is:**    $ 6,223.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 125    **Nonpriority creditor's name and mailing address**

WAL-MART PHARMACY
702 SW 8TH STREET
BENTONVILLE, AK 72718

**As of the petition filing date, the claim is:**    $ 34.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 126    **Nonpriority creditor's name and mailing address**

WAYSTAR INC
1311 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**    $ 5,548.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Landmark Management Services of Florida, LLC _____    Case number *(if known)* 2:25-bk-00398
          Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 127** Nonpriority creditor's name and mailing address

WELLS FARGO VENDOR
FINANCIAL SERV LLC
PO BOX 650016
DALLAS, TX 75265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 421.38

---

**3. 128** Nonpriority creditor's name and mailing address

WELLSKY CORPORATION
11300 SWITZER ROAD
OVERLAND PARK, KS 66210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,800.00

---

**3. 129** Nonpriority creditor's name and mailing address

WELLSKY HCS
PO BOX 204176
DALLAS, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,048.55

---

**3. 130** Nonpriority creditor's name and mailing address

WILLIAM KOEPPEL, DO
225 CLARKSON RD
ELLISVILLE, MO 63011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42.55

---

**3. ____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

Debtor    Landmark Management Services of Florida, LLC                    Case number (if known) 2:25-bk-00398
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 29,995,772.70 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 29,995,772.70 |

**Fill in this information to identify the case:**

Debtor name  Landmark Management Services of Florida, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):  2:25-bk-00398          Chapter  11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Advantis Medical Staffing<br>13155 Noel Rd. Suite 300<br>Dallas, TX, 75240 |
| | State the term remaining | 342 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Prolink Staffing<br>4600 Montgomery Road, Suite 300<br>Dayton, OH, 45458 |
| | State the term remaining | 76 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Connected Health Care<br>1408 E 13th Street<br>Austin, TX, 78702 |
| | State the term remaining | 173 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Marvel Medical Staffing<br>9394 W. Dodge Road<br>Omaha, NE, 68114 |
| | State the term remaining | 149 Days Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Medsource Travelers<br>701 Enterprise Road East<br>Safety Harbor, FL, 34695 |
| | State the term remaining | 66 Days - Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | ShiftMed Staffing 7925 Jones Branch Drive, Suite 110, McLean McLean, VA, 22102 |
| | State the term remaining | 346 Days - ShiftMed Staffing | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Supplemental Healthcare Staffing 1640 Redstone Drive Suite 200 Park City, UT, 84098 |
| | State the term remaining | 358 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Favorite Staffing 7255 W. 98th Terrace Bldg 5, Suite 150 Shawnee Mission, KS, 66212 |
| | State the term remaining | 121 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Vibra Travels 4600 Lena Drive Mechanicsburg, PA, 17055 |
| | State the term remaining | 388 Days - Auto renewal | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Advantage Medical 3340 Severn Avenue Suite 320 Metairie, LA, 70002 |
| | State the term remaining | 394 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Company Purchaser | Adecco Healthcare & Life Sciences 4800 Deerwood Campus Parkway Bldg 800 Jacksonville, FL, 32246 |
| | State the term remaining | 394 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Food Service Management Purchaser | FMG 70 Jesse Dupont Memorial Hwy Burgess, VA, 22432 |
| | State the term remaining | auto renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Wound Vac / Coding Software Purchaser | 3M Solventum 2510 Conway Avenue Saint Paul, MN, 55144 |
| | State the term remaining | 359 Days - Auto Renewal | |
| | List the contract number o any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Patient Care Supplies Purchaser | Medline 1 Medline Place Mundelein, IL, 60060 |
| | State the term remaining | 555 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Patient Care Supplies Purchaser | Concordance 85 Shaffer Park Drive Tiffin, OH, 44883 |
| | State the term remaining | 355 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Biohazardous Waste Management | Allied USA 2600 W Executive Prkway, Suite 300 Lehi, UT, 84043 |
| | State the term remaining | 1128 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Social Media Services Purchaser | Hootsuite 111 East 5th Avenue vancouver |
| | State the term remaining | 106 Days - Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Marketing Consulting Purchaser | Fractional CMO 10201 Park Rowe Avenue Apt. 1316 Baton Rouge, LA, 70810 |
| | State the term remaining | 449 Days | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Biomedical Engineering Purchaser | Med-E-Quip Locators 325 Leffingwell Avenue Saint Louis, MO, 63122 |
| | State the term remaining | 388 Days - Auto renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Data Management<br>Purchaser<br><br>349 Days - Auto Renewal | HCS / Wellsky<br>1599 Route 34 South,<br>Suite 2<br>Farmingdale, NJ, 07727 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Healthcare Staffing Company<br>Purchaser<br><br>160 Days - Auto Renewal | Genie Healthcare<br>50 Milestone Road, Bldg. 100<br>Suite 100 Millstone<br>Hightstown, NJ, 08520 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Healthcare Staffing Company<br>Purchaser<br><br>321 Days - Auto Renewal | Jackson Nurse Professionals<br>3452 Lake Lynda Drive<br>Orlando, FL, 32817 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Healthcare Staffing Company<br>Purchaser<br><br>210 Days - Auto Renewal | Ventura Medical Staffing<br>2909 N. 118th<br>Suite 200<br>Omaha, NE, 68164 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Pharmacy Service Management<br>Purchaser<br><br>auto renewal | Pharmacare<br>PO Box 1240<br>Blanco, TX, 78606 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Medication Dispensing Stations<br>Purchaser<br><br>376 Days - Auto Renewal | BD Care Fusion<br>3750 Torry View Court<br>San Diego, CA, 92130 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Advertising - Billoards<br>Purchaser<br><br>161 Days | Trailhead Media<br>PO Box 745773<br>Atlanta, GA, 30374 |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|--------|----------------------------------------------|------------------------|----------------|
|        | Name                                         |                        |                |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | PPO Agreement<br>Purchaser | ADP TotalSource<br>1 Penn Plz<br>New York, NY, 10199 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease<br>Lessee | H&E Properties<br>5153 Bluebonnet Blvd<br>Suite B<br>Baton Rouge, LA, 70809 |
| | State the term remaining | Expires 11/30/2025 | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Landmark Management Service Agreement<br>Agent | LANDMARK HOSPITAL OF ATHENS, LLC<br>775 SUNSET DRIVE<br>Athens, GA, 30606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Landmark Management Services Agreement<br>Agent | LANDMARK HOSPITAL OF CAPE GIRARDEAU, LLC<br>3255 Independence St.<br>CAPE GIRARDEAU, MO, 63701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Landmark Management Services Agreement<br>Agent | LANDMARK HOSPITAL OF COLUMBIA, LLC<br>604 Old HWY 63N.<br>Columbia, MO, 65201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Landmark Management Services Agreement<br>Agent | Landmark Hospital of Savannah, LLC<br>800 E 68th St.<br>Savannah, GA, 31405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Landmark Management Services Agreement<br>Agent | Landmark Hospital of Joplin, LLC<br>2040 West 32nd St.<br>Joplin, MO, 64804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Landmark Management Service Agreement Agent | Landmark Hospitals of Southwest Florida, LLC 1500 Lee Blvd 3rd Floor Lehigh Acres, FL, 33936 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name   Landmark Management Services of Florida, LLC |
| United States Bankruptcy Court for the:   Middle District of Florida |
| Case number (If known):   2:25-bk-00398 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 Landmark Hospital of Columbia, LLC | 604 Old HWY 63N. Columbia, MO 65201 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 Landmark Hospital of Joplin, LLC | 2040 West 32nd St. Joplin, MO 64804 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 Landmark Hospital of Savannah, LLC | 800 E. 68th Street Savannah, GA 31405 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.5 Landmark Rehabilitation Hospital of Columbia, LLC | 604 Old HWY 63N. Saint Louis Columbia, MO 65201 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.6 Landmark Hospital of Athens, LLC | 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |

Debtor   Landmark Management Services of Florida, LLC
         Name

Case number *(if known)* 2:25-bk-00398

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2._7_ Landmark Hospital of Cape Girardeau, LLC | 3255 Independence St. Cape Girardeau, MO 63701 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Landmark Management Services of Florida, LLC___

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (*If known*): _____2:25-bk-00398_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/22/2025__          ✗ /s/ M. Bryan Day
           MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              M. Bryan Day
                              Printed name

                              CEO
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Landmark Management Services of Florida, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):    2:25-bk-00398

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 116,673.18 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 333,998.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 519,990.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | Interest Income | $ 1,360.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | Interest Income | $ 11,176.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | Interest Income | $ 33,576.00 |

Debtor    Landmark Management Services of Florida, LLC
_____
Name

Case number (if known) 2:25-bk-00398
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit - Item 3<br>Creditor's name | | $ 24,337,737.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached Exhibit - Item 4<br>Insider's name | _____ | $ 2,075,160.00 | |
| | | _____ | | |
| | | _____ | | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ | $ _____ | |
| | | _____ | | |
| | | _____ | | |
| | Relationship to debtor<br>_____ | | | |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | _____ | $_____ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | | ☐ Concluded |

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Landmark Management Services of Florida, LLC | Case number *(if known)* | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    Landmark Management Services of Florida, LLC
          _____    Case number *(if known)*  2:25-bk-00398
          Name                                                                          _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Landmark Management Services of Florida, LLC | Case number *(if known)* | 2:25-bk-00398 |
|--------|----------------------------------------------|--------------------------|---------------|
|        | Name                                         |                          |               |

---

| **Part 8:** | **Health Care Bankruptcies** |
|-------------|------------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|-------------|------------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Medical Records Information, Social Security Number, Date of Birth, etc.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Landmark Management Services of Florida, LLC
          Name                                                    Case number (if known) 2:25-bk-00398

---

**Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| UHaul _____ Name 740 S Kingshighway Cape Girardeau, MO 63701 | Bryan Day, Craig P Boudreaux, Tracy LaRose | Medical Records | ☐ No ☑ Yes |
| **Address** 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | | | |

---

| Debtor | Landmark Management Services of Florida, LLC | Case number (if known) | 2:25-bk-00398 |
|---|---|---|---|
| | Name | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Landmark Management Services of Florida, LLC
_____    Case number *(if known)* 2:25-bk-00398
Name    _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____ <br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____ <br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

Debtor    Landmark Management Services of Florida, LLC
<u>Name</u>

Case number (*if known*)  2:25-bk-00398

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Mary David, Accounting Manager <br> <u>Name</u> <br> 3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2022 <br><br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Tracy LaRose, CFO <br> <u>Name</u> <br> 3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2020 <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Miller & Company LLP <br> <u>Name</u> <br> 2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | From 01/01/2021 <br><br> To 12/31/2024 |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> <u>Name</u> | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Miller & Company LLP <br> <u>Name</u> <br> 2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | |

---

Debtor   Landmark Management Services of Florida, LLC
_____
Name                                                      Case number *(if known)* 2:25-bk-00398
_____

| | If any books of account and records are unavailable, explain why |
|---|---|
| **Name and address** | |

26c.2.   Tracy LaRose, CFO
_____
Name
3255 Independence St., Cape Girardeau, MO 63701

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| **Name and address** |
|---|

26d.1.   SILA
_____
Name
P.O. Box 714500, Cincinnati, OH 45271-1500

| **Name and address** |
|---|

26d.2.   Ventas
_____
Name
300 North LaSalle Street, Chicago, IL 60654

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| _____ | _____ | $_____ |

| **Name and address of the person who has possession of inventory records** |
|---|

27.1.   _____
Name

Debtor    Landmark Management Services of Florida, LLC
_____    Case number (*if known*) 2:25-bk-00398
Name    _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Rd. Suite 108-154, Naples, FL 34109 | Holding Company - 100% Owner | 100 |
| Dr. William Kapp | 8171 Bay Colony Dr. #902, Naples, FL 34108 | Chairman of the Board | |
| M. Bryan Day | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Craig Boudreaux | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Tracy LaRose | 3255 Independence St., Cape Girardeau, MO 63701 | Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached Exhibit - Item 4 | 2,075,160.00 | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Landmark Management Services of Florida, LLC
_____
Name

Case number *(if known)* 2:25-bk-00398
_____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/22/2025
            MM / DD / YYYY

✖ /s/ M. Bryan Day                        Printed name   M. Bryan Day
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  Landmark Management Services of Florida, LLC

Case number *(if known)* 2:25-bk-00398

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Landmark 401(k) Plan        20-8797031**

**26a) Bookkeepers**

**Andrew Goodman,       3255 Independence      01/01/2014
Director of          St., Cape
Accounting &         Girardeau, MO 63701
Treasury**

**26c) Records keepers**

**Van-De-Ven LLC, Tax      1020 North Kingshighway
Preparer             Suite D, Cape Girardeau,
                     MO 63701**

**26d) Creditors**

**Amerant Bank                      220 Alhambra Cir., Coral Gables, FL
                                   33134**

**Exhibit - Item 3**
**SOFA Part 2, Question 3**
**Landmark Management Services of Florida, LLC**

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | 3M Health | 2807 PAYSPHERE CIR | CHICAGO | IL | 60674-0000 | Suppliers or vendors | 12/10/24 | $ 36,894.69 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 12/09/24 | $ 3,003.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 12/23/24 | $ 1,071.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 12/23/24 | $ 1,071.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 02/03/25 | $ 1,071.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 02/03/25 | $ 2,016.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 02/03/25 | $ 1,008.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 02/25/25 | $ 5,586.00 |
| Landmark Management Services of Florida, LLC | Accelerated Medical Staffing | 1939 Wentzville Pkwy Ste 165 | Wentzville | MO | 63385 | Suppliers or vendors | 02/25/25 | $ 1,701.00 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 12/17/24 | $ 10,132.50 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 12/20/24 | $ 937.50 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 01/03/25 | $ 2,310.00 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 01/08/25 | $ 3,374.25 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 01/23/25 | $ 11,499.00 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 02/06/25 | $ 7,341.00 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 02/11/25 | $ 8,137.50 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 02/21/25 | $ 8,127.00 |
| Landmark Management Services of Florida, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 03/07/25 | $ 29,618.45 |
| Landmark Management Services of Florida, LLC | Afco Direct | 150 North Field Drive, Suite 190 | Lake Forest | IL | 60045 | Suppliers or vendors | 01/15/25 | $ 125,145.77 |
| Landmark Management Services of Florida, LLC | Afco Direct | 150 North Field Drive, Suite 190 | Lake Forest | IL | 60045 | Suppliers or vendors | 03/03/25 | $ 131,403.06 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/12/24 | $ 711.40 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,236.50 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 2,505.84 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 639.90 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 359.89 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,651.98 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 90.62 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 135.28 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,770.58 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 60.42 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 155.18 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,931.24 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 99.45 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,056.16 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 181.39 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 136.78 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 395.96 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,170.18 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,048.77 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/30/24 | $ 1,618.90 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 01/27/25 | $ 95.01 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 01/27/25 | $ 632.13 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 02/10/25 | $ 2,850.74 |
| Landmark Management Services of Florida, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 03/03/25 | $ 2,649.79 |
| Landmark Management Services of Florida, LLC | AllHealth Staffing Group LLC | 15 SILVERCREEK LANE | Ballwin | MO | 63011 | Suppliers or vendors | 02/28/25 | $ 34,572.75 |
| Landmark Management Services of Florida, LLC | AllHealth Staffing Group LLC | 15 SILVERCREEK LANE | Ballwin | MO | 63011 | Suppliers or vendors | 03/04/25 | $ 9,766.50 |
| Landmark Management Services of Florida, LLC | AllHealth Staffing Group LLC | 15 SILVERCREEK LANE | Ballwin | MO | 63011 | Suppliers or vendors | 03/04/25 | $ 8,460.00 |
| Landmark Management Services of Florida, LLC | AllHealth Staffing Group LLC | 15 SILVERCREEK LANE | Ballwin | MO | 63011 | Suppliers or vendors | 03/04/25 | $ 8,461.50 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/09/24 | $ 3,114.00 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/09/24 | $ 2,304.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/09/24 | $ 1,457.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/09/24 | $ 368.09 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/23/24 | $ 490.85 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/23/24 | $ 236.16 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/23/24 | $ 3,114.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/23/24 | $ 2,304.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 12/23/24 | $ 1,457.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 01/21/25 | $ 2,035.95 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 01/21/25 | $ 3,114.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 01/21/25 | $ 1,939.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 01/22/25 | $ 3,064.00 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 02/25/25 | $ 3,217.20 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 02/25/25 | $ 2,419.20 |
| Landmark Management Services of Florida, LLC | Allied-Certified Medical Waste | 2600 W Executive Parkway Ste 300 | Lehi | UT | 84043-3987 | Suppliers or vendors | 03/07/25 | $ 12,356.70 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 01/03/25 | $ 5,726.40 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 01/28/25 | $ 2,624.80 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 01/28/25 | $ 7,253.20 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 02/10/25 | $ 3,011.20 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 02/10/25 | $ 3,022.40 |
| Landmark Management Services of Florida, LLC | Ally Healthcare Staffing | 103B Atlanta Road | Gray | GA | 31032 | Suppliers or vendors | 02/10/25 | $ 12,936.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Interest | 12/09/24 | $ 609,888.89 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 12/10/24 | $ 963.47 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 12/12/24 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 12/17/24 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 12/19/24 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 12/26/24 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/02/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/08/25 | $ 1,178.92 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/09/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/13/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/22/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/23/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 01/30/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/04/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/06/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/10/25 | $ 1,181.90 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/11/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/13/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/20/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 02/28/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | Amerant Bank | 220 Alhambra Circle | Coral Gables | FL | 33134 | Bank Fees | 03/06/25 | $ 20.00 |
| Landmark Management Services of Florida, LLC | American Legal Claims Service | 8011 Phillips Hwy #5 | Jacksonville | FL | 32256 | Services | 03/07/25 | $ 10,000.00 |
| Landmark Management Services of Florida, LLC | Arthur J Gallagher | Management Services Inc 9155 South Dadeland Blvd #1112 | Miami | FL | 33156 | Suppliers or vendors | 01/16/25 | $ 600,000.00 |
| Landmark Management Services of Florida, LLC | Bankdirect Capital | 150 North Field Drive, Suite 190 | Lake Forest | IL | 60045 | Suppliers or vendors | 12/17/24 | $ 125,145.77 |
| Landmark Management Services of Florida, LLC | Brennan, Manna & Diamond, PL | c/o Cherie Rininger 75 E Market St | Akron | OH | 44308 | Suppliers or vendors | 02/10/25 | $ 3,942.50 |
| Landmark Management Services of Florida, LLC | Brennan, Manna & Diamond, PL | c/o Cherie Rininger 75 E Market St | Akron | OH | 44308 | Suppliers or vendors | 02/10/25 | $ 2,310.50 |
| Landmark Management Services of Florida, LLC | Brennan, Manna & Diamond, PL | c/o Cherie Rininger 75 E Market St | Akron | OH | 44308 | Suppliers or vendors | 02/10/25 | $ 1,398.50 |
| Landmark Management Services of Florida, LLC | Center For Improvement | P.O. Box 1540 | Mexia | TX | 76667 | Suppliers or vendors | 12/16/24 | $ 1,775.19 |
| Landmark Management Services of Florida, LLC | Center For Improvement | P.O. Box 1540 | Mexia | TX | 76667 | Suppliers or vendors | 12/16/24 | $ 5,750.00 |
| Landmark Management Services of Florida, LLC | Center For Improvement | P.O. Box 1540 | Mexia | TX | 76667 | Suppliers or vendors | 12/16/24 | $ 1,527.82 |
| Landmark Management Services of Florida, LLC | Ce-Tech Of Jacksonville, Inc | 1660 PRUDENTIAL DRIVE STE 203 | Jacksonville | FL | 32207 | Suppliers or vendors | 01/21/25 | $ 8,503.39 |
| Landmark Management Services of Florida, LLC | Ce-Tech Of Jacksonville, Inc | 1660 PRUDENTIAL DRIVE STE 203 | Jacksonville | FL | 32207 | Suppliers or vendors | 01/29/25 | $ 2,073.30 |
| Landmark Management Services of Florida, LLC | Ce-Tech Of Jacksonville, Inc | 1660 PRUDENTIAL DRIVE STE 203 | Jacksonville | FL | 32207 | Suppliers or vendors | 02/11/25 | $ 6,580.24 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Checkr Inc | 1 Montgomery St, Suite 2400 | San Francisco | CA | 94104 | Suppliers or vendors | 12/12/24 | $ 2,444.08 |
| Landmark Management Services of Florida, LLC | Checkr Inc | 1 Montgomery St, Suite 2400 | San Francisco | CA | 94104 | Suppliers or vendors | 12/12/24 | $ 2,405.13 |
| Landmark Management Services of Florida, LLC | Checkr Inc | 1 Montgomery St, Suite 2400 | San Francisco | CA | 94104 | Suppliers or vendors | 01/15/25 | $ 1,580.80 |
| Landmark Management Services of Florida, LLC | Checkr Inc | 1 Montgomery St, Suite 2400 | San Francisco | CA | 94104 | Suppliers or vendors | 01/27/25 | $ 2,421.75 |
| Landmark Management Services of Florida, LLC | Checkr Inc | 1 Montgomery St, Suite 2400 | San Francisco | CA | 94104 | Suppliers or vendors | 02/24/25 | $ 1,907.50 |
| Landmark Management Services of Florida, LLC | Cihq | PO BOX 3620 | MCKINNEY | TX | 75070 | Suppliers or vendors | 12/13/24 | $ 9,053.01 |
| Landmark Management Services of Florida, LLC | Clinical Solutions | 1900 SCHUETZ ROAD | ST. LOUIS | MO | 63146 | Suppliers or vendors | 12/26/24 | $ 28,564.70 |
| Landmark Management Services of Florida, LLC | Clinical Solutions | 1900 SCHUETZ ROAD | ST. LOUIS | MO | 63146 | Suppliers or vendors | 02/04/25 | $ 27,683.50 |
| Landmark Management Services of Florida, LLC | Coastal Medical Staffing | 1536 Fording Island Road Suite 108 | Hilton Head Island | SC | 29926 | Suppliers or vendors | 01/28/25 | $ 4,104.41 |
| Landmark Management Services of Florida, LLC | Coastal Medical Staffing | 1536 Fording Island Road Suite 108 | Hilton Head Island | SC | 29926 | Suppliers or vendors | 03/06/25 | $ 4,952.82 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/09/24 | $ 50,053.44 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 19,716.00 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 7,110.68 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 6,430.25 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 9,471.93 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 3,076.08 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 8,800.40 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 5,325.90 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/16/24 | $ 2,058.00 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/23/24 | $ 8,929.68 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/23/24 | $ 9,733.34 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/23/24 | $ 12,306.35 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 12/23/24 | $ 10,563.65 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 10,707.74 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 4,194.25 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 2,125.00 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 7,483.10 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 8,518.10 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/06/25 | $ 10,376.25 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/21/25 | $ 11,957.10 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/21/25 | $ 12,710.48 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/21/25 | $ 13,654.86 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 01/21/25 | $ 6,582.40 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 6,333.35 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 5,005.00 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 12,593.65 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 6,436.20 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 7,132.30 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 3,600.00 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 8,971.24 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 6,380.95 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/03/25 | $ 6,165.05 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | SC | 75711 | Suppliers or vendors | 02/03/25 | $ 3,637.50 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/25/25 | $ 3,215.63 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/25/25 | $ 10,049.37 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/25/25 | $ 7,858.60 |
| Landmark Management Services of Florida, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 75711 | Suppliers or vendors | 02/25/25 | $ 9,910.58 |
| Landmark Management Services of Florida, LLC | CR3 Partners LLC | 13355 Noel Road Ste 2005 | Dallas | TX | 75240 | Services | 02/28/25 | $ 2,470.00 |
| Landmark Management Services of Florida, LLC | CR3 Partners LLC | 13355 Noel Road Ste 2005 | Dallas | TX | 75240 | Services | 02/28/25 | $ 20,000.00 |
| Landmark Management Services of Florida, LLC | CR3 Partners LLC | 13355 Noel Road Ste 2005 | Dallas | TX | 75240 | Services | 03/07/25 | $ 152,075.50 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/20/24 | $ 3,709.05 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 64.83 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 15.67 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 64.83 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 1,175.06 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 15.67 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 486.33 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 64.83 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 1,126.10 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 65.17 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 12/23/24 | $ 238.85 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/15/25 | $ 391.71 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 15.67 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 391.71 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 68.73 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 515.55 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 1,270.61 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 74.61 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 1,411.98 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 415.24 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 68.73 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 1,279.43 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 536.32 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 131.04 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 436.01 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 113.75 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 12.46 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 287.71 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 57.57 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 96.35 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 80.56 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 34.54 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 01/22/25 | $ 23.02 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 1,619.44 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 131.04 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 536.32 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 16.62 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 1,550.71 |
| Landmark Management Services of Florida, LLC | Crown Linen Service | PO BOX 597 | MEXICO | MO | 65265 | Suppliers or vendors | 02/24/25 | $ 436.01 |
| Landmark Management Services of Florida, LLC | Doctegrity | 3308 Preston Road 350-205 | Plano | TX | 75093 | Suppliers or vendors | 01/09/25 | $ 6,783.20 |
| Landmark Management Services of Florida, LLC | Doctegrity | 3308 Preston Road 350-205 | Plano | TX | 75093 | Suppliers or vendors | 01/28/25 | $ 1,925.15 |
| Landmark Management Services of Florida, LLC | Dr Deleawe | 3816 Red Fox Run | Joplin | MO | 64804 | Suppliers or vendors | 12/09/24 | $ 14,700.00 |
| Landmark Management Services of Florida, LLC | Dr Deleawe | 3816 Red Fox Run | Joplin | MO | 64804 | Suppliers or vendors | 01/13/25 | $ 6,300.00 |
| Landmark Management Services of Florida, LLC | Dr Haseeb Aslam | 1208 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/13/25 | $ 10,000.00 |
| Landmark Management Services of Florida, LLC | Dr Haseeb Aslam | 1208 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 7,667.00 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 3,387.83 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 4,322.90 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 3,315.15 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 3,694.20 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 2,275.57 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 4,042.68 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 2,970.28 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 3,627.14 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 12/09/24 | $ 4,134.56 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 2,471.43 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 4,025.05 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 3,060.54 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 60.19 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 8,613.46 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 8,838.00 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 8,346.16 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 8,346.16 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 2,425.51 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 4,076.56 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 4,036.09 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 01/13/25 | $ 4,356.61 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 2,705.64 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 4,419.48 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 3,921.89 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 3,842.50 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 4,192.03 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 3,828.77 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 3,659.93 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 107.18 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 7,919.49 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/03/25 | $ 8,346.16 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 8,838.00 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 8,346.16 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 2,919.06 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 3,294.02 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 4,050.13 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 4,037.31 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 3,637.74 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 3,230.82 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 3,658.67 |
| Landmark Management Services of Florida, LLC | Food Management Group Inc | 70 JESSE DUPONT HWY | BURGESS | VA | 22432 | Suppliers or vendors | 02/24/25 | $ 3,976.30 |
| Landmark Management Services of Florida, LLC | Fukuda Denshi | BLDG C 17725 NE 65TH ST BLD | REDMOND | WA | 98052-4931 | Suppliers or vendors | 01/01/25 | $ 67,302.42 |
| Landmark Management Services of Florida, LLC | Fukuda Denshi | BLDG C 17725 NE 65TH ST BLD | REDMOND | WA | 98052-4931 | Suppliers or vendors | 02/01/25 | $ 67,302.42 |
| Landmark Management Services of Florida, LLC | Fukuda Denshi | BLDG C 17725 NE 65TH ST BLD | REDMOND | WA | 98052-4931 | Suppliers or vendors | 02/12/25 | $ 4,813.75 |
| Landmark Management Services of Florida, LLC | Fukuda Denshi | BLDG C 17725 NE 65TH ST BLD | REDMOND | WA | 98052-4931 | Suppliers or vendors | 02/19/25 | $ 17,871.23 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 01/24/25 | $ 3,037.94 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 01/24/25 | $ 3,667.64 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 02/04/25 | $ 4,286.18 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 02/04/25 | $ 3,017.66 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 02/18/25 | $ 3,756.00 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 02/18/25 | $ 3,860.80 |
| Landmark Management Services of Florida, LLC | Full Time Nurse Staffing, Inc | 30 North Gould Street Suite R | Sheridan | WY | 82801 | Suppliers or vendors | 02/19/25 | $ 10,000.00 |
| Landmark Management Services of Florida, LLC | GA Dept Of Comm Health | DIV OF FIN. MGT. 2 PEACHTREE ST. NW | ATLANTA | GA | 30303 | Suppliers or vendors | 01/15/25 | $ 61,684.00 |
| Landmark Management Services of Florida, LLC | Gas South | 3625 Cumberland Blvd Ste 1500 | Atlanta | GA | 30339 | Suppliers or vendors | 12/09/24 | $ 2,215.74 |
| Landmark Management Services of Florida, LLC | Gas South | 3625 Cumberland Blvd Ste 1500 | Atlanta | GA | 30339 | Suppliers or vendors | 01/02/25 | $ 2,470.10 |
| Landmark Management Services of Florida, LLC | Gas South | 3625 Cumberland Blvd Ste 1500 | Atlanta | GA | 30339 | Suppliers or vendors | 01/22/25 | $ 2,481.65 |
| Landmark Management Services of Florida, LLC | Gas South | 3625 Cumberland Blvd Ste 1500 | Atlanta | GA | 30339 | Suppliers or vendors | 02/10/25 | $ 2,596.15 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 12/09/24 | $ 11,645.60 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 12/19/24 | $ 11,712.80 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 12/30/24 | $ 5,855.40 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 01/21/25 | $ 10,080.40 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 01/22/25 | $ 8,688.80 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 01/24/25 | $ | 4,238.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 01/24/25 | $ | 4,442.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 2,876.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 2,840.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/04/25 | $ | 3,132.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/18/25 | $ | 2,960.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/18/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/18/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/18/25 | $ | 4,034.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/18/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Genie Healthcare, Inc | 50 Millstone Road, Building 100 Suite 100 | East Windsor | NJ | 8520 | Suppliers or vendors | 02/19/25 | $ | 2,880.00 |
| Landmark Management Services of Florida, LLC | Georgia Power | 96 ANNEX | ATLANTA | GA | 30396-0001 | Suppliers or vendors | 12/19/24 | $ | 14,708.61 |
| Landmark Management Services of Florida, LLC | Georgia Power | 96 ANNEX | ATLANTA | GA | 30396-0001 | Suppliers or vendors | 01/21/25 | $ | 13,509.00 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 12/17/24 | $ | 4,414.84 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 12,863.63 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 982.70 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,246.28 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,031.09 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 82.08 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,116.08 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,892.22 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 920.32 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 816.70 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 772.62 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,031.40 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,403.31 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,441.18 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,456.35 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,955.63 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,442.20 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/22/25 | $ | 1,249.93 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 01/24/25 | $ | 4,902.30 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 02/10/25 | $ | 6,751.99 |
| Landmark Management Services of Florida, LLC | Gordon Food Service | PO Box 88029 | Chicago | IL | 60680 | Suppliers or vendors | 02/24/25 | $ | 4,399.35 |
| Landmark Management Services of Florida, LLC | Harris Lowry Manton Llp | 1418 Dresden Dr. Unit 250 | Brookhaven | GA | 30319 | Suppliers or vendors | 02/25/25 | $ | 100,000.00 |
| Landmark Management Services of Florida, LLC | Hartford Insurance | 1 Pennsylvania Plaza Ste 50 | New York | NY | 10119 | Suppliers or vendors | 01/28/25 | $ | 47,283.00 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 12/20/24 | $ | 7,795.40 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 02/04/25 | $ | 831.60 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 02/04/25 | $ | 831.60 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 02/04/25 | $ | 645.00 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 02/04/25 | $ | 2,847.92 |
| Landmark Management Services of Florida, LLC | Hill-Rom Company | PO BOX 643592 | Pittsburgh | PA | 15264 | Suppliers or vendors | 02/04/25 | $ | 2,070.49 |
| Landmark Management Services of Florida, LLC | Hootsuite | 111 East 5th Avenue | Vancouver | BC | 0 | Suppliers or vendors | 01/29/25 | $ | 15,563.27 |
| Landmark Management Services of Florida, LLC | Hunton Andrews Kurth LLP | 951 E Byrd St | Richmond | VA | 23219 | Services | 01/14/25 | $ | 50,000.00 |
| Landmark Management Services of Florida, LLC | Hunton Andrews Kurth LLP | 951 E Byrd St | Richmond | VA | 23219 | Services | 02/24/25 | $ | 50,000.00 |
| Landmark Management Services of Florida, LLC | Hunton Andrews Kurth LLP | 951 E Byrd St | Richmond | VA | 23219 | Services | 03/07/25 | $ | 163,904.00 |
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 12/30/24 | $ | 7,362.50 |
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 12/30/24 | $ | 7,362.50 |
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 02/03/25 | $ | 7,125.00 |
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 02/03/25 | $ | 7,125.00 |
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 02/18/25 | $ | 7,362.50 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | iDocsWeb Corporation | 5465 Legacy Drive Suite 650 | Plano | TX | 75024 | Suppliers or vendors | 02/18/25 | $ 7,362.50 |
| Landmark Management Services of Florida, LLC | Indeed, Inc | 177 Broad Street | Stamford | CT | 6901 | Suppliers or vendors | 12/30/24 | $ 4,000.00 |
| Landmark Management Services of Florida, LLC | Indeed, Inc | 177 Broad Street | Stamford | CT | 6901 | Suppliers or vendors | 02/10/25 | $ 4,000.00 |
| Landmark Management Services of Florida, LLC | Indoor Climate Experts | 22901 State Highway 46 | Pembroke | GA | 31321 | Suppliers or vendors | 02/10/25 | $ 1,957.80 |
| Landmark Management Services of Florida, LLC | Indoor Climate Experts | 22901 State Highway 46 | Pembroke | GA | 31321 | Suppliers or vendors | 02/12/25 | $ 17,522.22 |
| Landmark Management Services of Florida, LLC | Interfaceware, Inc | 2 Bloor Street East, Suite 3500 Toronto ON M4W 1A8 Canada | 0 | 0 | 0 | Suppliers or vendors | 02/18/25 | $ 17,500.00 |
| Landmark Management Services of Florida, LLC | J&R Fuller, LLC | dba PharmaCare Services 713 4th St | BLANCO | TX | 78606 | Suppliers or vendors | 12/20/24 | $ 173,348.77 |
| Landmark Management Services of Florida, LLC | J&R Fuller, LLC | dba PharmaCare Services 713 4th St | BLANCO | TX | 78606 | Suppliers or vendors | 12/27/24 | $ 144,118.45 |
| Landmark Management Services of Florida, LLC | J&R Fuller, LLC | dba PharmaCare Services 713 4th St | BLANCO | TX | 78606 | Suppliers or vendors | 02/03/25 | $ 151,432.20 |
| Landmark Management Services of Florida, LLC | J&R Fuller, LLC | dba PharmaCare Services 713 4th St | BLANCO | TX | 78606 | Suppliers or vendors | 02/14/25 | $ 143,798.74 |
| Landmark Management Services of Florida, LLC | Jackson Nurse Professionals | 3452 Lake Lynda Drive | Orlando | FL | 32817 | Suppliers or vendors | 12/16/24 | $ 16,061.51 |
| Landmark Management Services of Florida, LLC | Jackson Nurse Professionals | 3452 Lake Lynda Drive | Orlando | FL | 32817 | Suppliers or vendors | 01/27/25 | $ 14,522.94 |
| Landmark Management Services of Florida, LLC | Jackson Nurse Professionals | 3452 Lake Lynda Drive | Orlando | FL | 32817 | Suppliers or vendors | 02/10/25 | $ 6,300.00 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 530.83 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 182.23 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 2,069.17 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,105.40 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,879.19 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,542.15 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,735.31 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 2,175.16 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 227.23 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,497.66 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 753.88 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,503.14 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 666.17 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 731.90 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 872.20 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 941.78 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 1,507.77 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 929.40 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/09/24 | $ 632.78 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 12/30/24 | $ 21,764.54 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 02/04/25 | $ 21,764.54 |
| Landmark Management Services of Florida, LLC | KCI, USA | PO BOX 301557 | DALLAS | TX | 75303-1557 | Suppliers or vendors | 02/24/25 | $ 21,764.54 |
| Landmark Management Services of Florida, LLC | Landmark Hospital Brookwood | | | | | Suppliers or vendors | 01/07/25 | $ 7,500.21 |
| Landmark Management Services of Florida, LLC | Landmark Hospital Brookwood | | | | | Suppliers or vendors | 02/05/25 | $ 9,829.96 |
| Landmark Management Services of Florida, LLC | Landmark Hospital Brookwood | | | | | Suppliers or vendors | 03/07/25 | $ 7,401.42 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/09/24 | $ 3,740.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/11/24 | $ 8,125.95 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/12/24 | $ 3,512.17 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/13/24 | $ 59.38 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/16/24 | $ 940.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/17/24 | $ 71,363.36 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/18/24 | $ 3,048.14 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/19/24 | $ 17,219.08 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/20/24 | $ 6,235.54 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/20/24 | $ 293,422.72 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/20/24 | $ 9,033.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/23/24 | $ 3,066.49 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/24/24 | $ 635.19 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/27/24 | $ 4,278.59 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/30/24 | $ 11,335.59 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 12/31/24 | $ 1,938.10 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/02/25 | $ 1,514.46 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/03/25 | $ 303,938.89 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/03/25 | $ 6,043.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/03/25 | $ 10,755.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/03/25 | $ 68.29 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/06/25 | $ 12,845.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/07/25 | $ 5,807.71 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/08/25 | $ 62,908.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/09/25 | $ 2,364.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/10/25 | $ 37,831.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/14/25 | $ 18,863.93 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/15/25 | $ 71,833.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/17/25 | $ 6,575.79 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/17/25 | $ 281,235.39 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/21/25 | $ 20,354.50 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/22/25 | $ 17,371.53 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/23/25 | $ 9,946.80 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/24/25 | $ 10,329.28 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/27/25 | $ 61,036.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/29/25 | $ 24,417.70 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/31/25 | $ 6,302.51 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/31/25 | $ 23,217.63 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 01/31/25 | $ 285,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/03/25 | $ 2,710.42 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/04/25 | $ 52,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/04/25 | $ 33.20 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/05/25 | $ 7,773.05 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/06/25 | $ 3,768.99 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/07/25 | $ 11,873.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/10/25 | $ 37,882.79 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/10/25 | $ 19,059.60 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/11/25 | $ 66,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/12/25 | $ 1,876.82 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/14/25 | $ 6,467.05 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/14/25 | $ 293,533.26 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/14/25 | $ 2,208.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/18/25 | $ 2,999.25 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/19/25 | $ 4,067.63 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/20/25 | $ 13,627.25 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/21/25 | $ 6,188.55 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/24/25 | $ 5,795.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/26/25 | $ 168.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/27/25 | $ 29,131.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/28/25 | $ 5,883.30 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/28/25 | $ 266,959.91 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/28/25 | $ 75,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/28/25 | $ 446.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 02/28/25 | $ 0.03 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/03/25 | $ 8,644.64 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/04/25 | $ 286.49 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/04/25 | $ 29.70 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/05/25 | $ 12,430.26 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/06/25 | $ 53,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/07/25 | $ 40,589.85 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Athens, LLC | 775 Sunset Drive | Athens | GA | 30606 | Suppliers or vendors | 03/07/25 | $ 1,428.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/10/24 | $ 5,626.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/11/24 | $ 6,036.70 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/12/24 | $ 71,903.88 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/13/24 | $ 2,496.60 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/13/24 | $ 189,249.47 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/13/24 | $ 25,952.55 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/17/24 | $ 54,226.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/18/24 | $ 39,905.94 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/19/24 | $ 10,404.49 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/20/24 | $ 19,995.39 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/27/24 | $ 2,636.35 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/27/24 | $ 193,271.54 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/30/24 | $ 7,136.12 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/31/24 | $ 99,737.06 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/02/25 | $ 5,580.81 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/02/25 | $ 291.24 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/03/25 | $ 26,509.31 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/06/25 | $ 4,382.82 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/07/25 | $ 5,976.77 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/08/25 | $ 64,254.45 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/10/25 | $ 29,680.10 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/10/25 | $ 3,042.39 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/10/25 | $ 191,771.13 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/10/25 | $ 29,962.25 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/13/25 | $ 1,614.80 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/14/25 | $ 24,144.70 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/15/25 | $ 2,217.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/21/25 | $ 10,717.86 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/22/25 | $ 14,605.98 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/23/25 | $ 21,820.51 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/24/25 | $ 2,598.20 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/24/25 | $ 179,303.69 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/24/25 | $ 20,043.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/27/25 | $ 44,432.72 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/28/25 | $ 32,284.49 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/29/25 | $ 6,197.78 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/30/25 | $ 32,125.62 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/31/25 | $ 1,555.78 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/03/25 | $ 4,634.21 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/04/25 | $ 53,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/04/25 | $ 8,452.97 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/05/25 | $ 2,283.33 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/06/25 | $ 3,276.05 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/07/25 | $ 3,171.36 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/07/25 | $ 205,811.25 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/07/25 | $ 8,186.49 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/10/25 | $ 26,382.45 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/11/25 | $ 68,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/12/25 | $ 1,733.99 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/13/25 | $ 3,147.22 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/14/25 | $ 35,849.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/18/25 | $ 22,450.83 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/19/25 | $ 10,189.67 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/20/25 | $ 2,730.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/21/25 | $ 3,086.37 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/21/25 | $ 211,078.95 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/21/25 | $ 12,222.65 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/25/25 | $ 1,856.10 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/27/25 | $ 13,792.26 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/28/25 | $ 75,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/28/25 | $ 532.56 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/03/25 | $ 7,000.28 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/03/25 | $ 537.92 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/04/25 | $ 405.97 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/04/25 | $ 11,198.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/05/25 | $ 22,015.13 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/06/25 | $ 54,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 30,613.43 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 3,979.07 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 2,531.58 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Cape Girardeau | 3255 Independence St. | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 204,388.54 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/10/24 | $ 24,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/11/24 | $ 7,726.32 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/12/24 | $ 55,025.75 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/13/24 | $ 2,718.50 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/13/24 | $ 305,303.24 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/13/24 | $ 225.85 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/17/24 | $ 91,077.66 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/18/24 | $ 2,908.20 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/19/24 | $ 3,219.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/20/24 | $ 52,973.75 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/23/24 | $ 17,349.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/24/24 | $ 3,060.66 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/26/24 | $ 4,853.72 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/27/24 | $ 2,046.11 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/27/24 | $ 320,955.85 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/27/24 | $ 29,299.03 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/30/24 | $ 250.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 12/31/24 | $ 8,187.35 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/02/25 | $ 2,774.23 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/02/25 | $ 13.08 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/03/25 | $ 1,645.80 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/06/25 | $ 6,088.29 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/07/25 | $ 10,667.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/08/25 | $ 50,082.12 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/10/25 | $ 5.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/10/25 | $ 38,638.07 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/10/25 | $ 5,302.31 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/10/25 | $ 317,709.38 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/10/25 | $ 21,259.46 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/13/25 | $ 207,174.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/14/25 | $ 12,279.20 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/15/25 | $ 27,869.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/16/25 | $ 8,460.66 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/21/25 | $ 1,885.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/22/25 | $ 22,533.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/23/25 | $ 26,556.68 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/24/25 | $ 4,295.89 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/24/25 | $ 313,621.36 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/24/25 | $ 1,813.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/27/25 | $ 19,899.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/28/25 | $ 66,909.28 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/29/25 | $ 48,448.94 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 01/31/25 | $ 40.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/03/25 | $ 12,687.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/03/25 | $ 13.53 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/04/25 | $ 51,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/04/25 | $ 88.77 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/06/25 | $ 381.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/07/25 | $ 3,826.07 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/07/25 | $ 277,207.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/07/25 | $ 8,759.60 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/10/25 | $ 35,070.99 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/11/25 | $ 97,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/12/25 | $ 5,965.19 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/14/25 | $ 1,239.22 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/18/25 | $ 19,271.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/19/25 | $ 10,892.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/20/25 | $ 2,686.03 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/21/25 | $ 3,756.60 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/21/25 | $ 293,104.21 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/21/25 | $ 575.93 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/24/25 | $ 9,917.36 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/25/25 | $ 673.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/27/25 | $ 52,634.42 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/28/25 | $ 12,911.39 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 02/28/25 | $ 0.01 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/03/25 | $ 36,581.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/03/25 | $ 13.57 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/04/25 | $ 16,349.93 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/04/25 | $ 28.98 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/05/25 | $ 12,963.57 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/06/25 | $ 52,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/07/25 | $ 35,008.57 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/07/25 | $ 4,992.91 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/07/25 | $ 5,517.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Columbia, LLC | 604 Old 63 N. | Columbia | MO | 65201 | Suppliers or vendors | 03/07/25 | $ 328,707.84 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/10/24 | $ 1,584.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/11/24 | $ 5,058.81 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/12/24 | $ 69,216.53 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/16/24 | $ 22,218.97 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/17/24 | $ 33,947.56 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/18/24 | $ 3,089.58 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/19/24 | $ 3,587.64 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/20/24 | $ 4,037.95 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/20/24 | $ 211,904.44 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/23/24 | $ 19,207.85 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/24/24 | $ 30,891.99 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/26/24 | $ 300.42 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/27/24 | $ 188.27 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/30/24 | $ 4,652.98 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 12/31/24 | $ 18,399.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/02/25 | $ 3,318.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/03/25 | $ 215,525.74 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/03/25 | $ 3,777.03 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/03/25 | $ 2,854.13 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/06/25 | $ 662.95 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/07/25 | $ 9,185.71 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/08/25 | $ 104,816.12 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/10/25 | $ 48,919.71 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/13/25 | $ 50,071.36 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/14/25 | $ 10,447.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/15/25 | $ 13,872.28 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/16/25 | $ 2,823.71 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/17/25 | $ 3,907.55 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/17/25 | $ 211,671.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/21/25 | $ 2,775.53 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/22/25 | $ 18,996.71 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/23/25 | $ 3,696.73 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/24/25 | $ 1,963.43 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/27/25 | $ 80,585.22 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/28/25 | $ 33,808.52 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/29/25 | $ 8,094.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/30/25 | $ 4,323.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 01/31/25 | $ 235,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/03/25 | $ 5,473.32 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/04/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/04/25 | $ 11,563.15 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/06/25 | $ 359.85 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/07/25 | $ 1,245.07 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/10/25 | $ 48,281.01 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/10/25 | $ 13,949.76 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/11/25 | $ 67,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/12/25 | $ 14,943.96 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/13/25 | $ 2,800.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/14/25 | $ 3,910.43 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/14/25 | $ 211,918.07 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/14/25 | $ 573.45 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/18/25 | $ 30,564.84 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/19/25 | $ 3,666.96 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/20/25 | $ 34.26 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/21/25 | $ 1,560.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/25/25 | $ 607.43 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/27/25 | $ 17,890.94 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/28/25 | $ 4,058.86 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/28/25 | $ 217,394.64 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 02/28/25 | $ 6,846.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/03/25 | $ 10,161.99 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/04/25 | $ 5,047.03 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/04/25 | $ 6,311.34 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/05/25 | $ 7,547.33 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/06/25 | $ 51,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/07/25 | $ 47,224.59 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Joplin, LLC | 2040 West 32nd St. | Joplin | MO | 64804 | Suppliers or vendors | 03/07/25 | $ 5,040.50 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 12/13/24 | $ 287,781.54 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 12/13/24 | $ 5,000.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 12/17/24 | $ 5,009.80 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 12/27/24 | $ 4,610.17 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 12/27/24 | $ 279,085.17 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/02/25 | $ 4,635.64 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/03/25 | $ 2,849.46 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/06/25 | $ 4,408.32 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/10/25 | $ 36,922.87 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/10/25 | $ 5,988.59 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/10/25 | $ 273,864.95 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/15/25 | $ 5,465.96 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/17/25 | $ 19,336.12 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/21/25 | $ 2,386.18 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/24/25 | $ 6,242.25 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/24/25 | $ 3,017.31 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/24/25 | $ 263,380.93 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 01/27/25 | $ 856.08 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/03/25 | $ 4,635.64 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/04/25 | $ 1,178.29 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/05/25 | $ 4,408.32 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/07/25 | $ 6,448.29 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/07/25 | $ 282,964.40 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/07/25 | $ 29,300.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/10/25 | $ 38,725.60 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/10/25 | $ 42,168.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/11/25 | $ 8,500.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/18/25 | $ 18,831.84 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/19/25 | $ 6,334.09 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/21/25 | $ 5,606.82 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/21/25 | $ 285,682.54 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/21/25 | $ 3,130.31 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/25/25 | $ 4,248.41 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/27/25 | $ 222.00 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 02/28/25 | $ 2.16 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/03/25 | $ 5,441.79 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/04/25 | $ 99.84 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/05/25 | $ 20,195.14 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/07/25 | $ 43,411.11 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/07/25 | $ 5,694.68 |
| Landmark Management Services of Florida, LLC | Landmark Hospital of Savannah, LLC | 800 E 68th St. | Savannah | GA | 31405 | Suppliers or vendors | 03/07/25 | $ 304,091.00 |
| Landmark Management Services of Florida, LLC | Lehigh Regional Medical Center | 1500 Lee Blvd | Lehigh Acres | FL | 33936 | Suppliers or vendors | 02/14/25 | $ 103,143.88 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Linens | PO DRAWER 549 | BRUNSON | SC | 29911 | Suppliers or vendors | 12/17/24 | $ 15,740.57 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Linens | PO DRAWER 549 | BRUNSON | SC | 29911 | Suppliers or vendors | 01/06/25 | $ 24,977.02 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Linens | PO DRAWER 549 | BRUNSON | SC | 29911 | Suppliers or vendors | 02/11/25 | $ 7,739.59 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Linens | PO DRAWER 549 | BRUNSON | SC | 29911 | Suppliers or vendors | 02/14/25 | $ 3,476.49 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Linens | PO DRAWER 549 | BRUNSON | SC | 29911 | Suppliers or vendors | 03/03/25 | $ 3,687.47 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/07/25 | $ 767.16 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/07/25 | $ 17,228.45 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/24/25 | $ 1,889.22 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/24/25 | $ 4,637.26 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/24/25 | $ 3,289.93 |
| Landmark Management Services of Florida, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 02/24/25 | $ 544.24 |
| Landmark Management Services of Florida, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 12/31/24 | $ 4,676.28 |
| Landmark Management Services of Florida, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 12/31/24 | $ 3,087.20 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 12/31/24 | $ 4,244.90 |
| Landmark Management Services of Florida, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 12/31/24 | $ 4,891.33 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/13/25 | $ 567.10 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/13/25 | $ 7,750.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/13/25 | $ 30,550.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/13/25 | $ 46,200.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/13/25 | $ 51,000.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/27/25 | $ 4,152.60 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/27/25 | $ 4,884.20 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/27/25 | $ 30,550.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/27/25 | $ 46,200.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 01/27/25 | $ 49,575.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/10/25 | $ 49,600.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/10/25 | $ 30,550.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/10/25 | $ 6,951.30 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/10/25 | $ 5,402.60 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/10/25 | $ 46,400.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/24/25 | $ 30,200.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 02/25/25 | $ 6,500.00 |
| Landmark Management Services of Florida, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 03/07/25 | $ 219,678.90 |
| Landmark Management Services of Florida, LLC | Marvel Medical Staffing, Llc | 9394 West Dodge Road Suite 300 | Omaha | NE | 68114 | Suppliers or vendors | 12/17/24 | $ 11,240.00 |
| Landmark Management Services of Florida, LLC | Marvel Medical Staffing, Llc | 9394 West Dodge Road Suite 300 | Omaha | NE | 68114 | Suppliers or vendors | 01/27/25 | $ 6,808.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 822.36 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 440.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 2,250.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 900.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 150.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 130.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 260.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 295.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 600.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 312.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 2,250.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 600.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 295.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 260.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 130.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/19/24 | $ 150.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 8,274.10 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 2,790.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 6,180.60 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 2,880.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 5,650.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/30/24 | $ 2,790.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 900.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 440.00 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 800.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 154.88 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 600.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 260.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 130.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 150.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 295.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 800.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 2,250.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 275.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 1,549.34 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 300.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 900.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 12/31/24 | $ 3,750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,782.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,382.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 929.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,354.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,860.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,155.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,107.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/03/25 | $ 1,337.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 157.93 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 2,250.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 275.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 1,782.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 857.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 1,404.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 1,008.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 9,498.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/10/25 | $ 2,226.50 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 295.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 150.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 900.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 130.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 260.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 1,016.40 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 800.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 1,500.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 3,750.00 |
| Landmark Management Services of Florida, LLC | Med E Quip Locators, Inc | 325 LEFFINGWELL AVE | Kirkwood | MO | 63122 | Suppliers or vendors | 02/25/25 | $ 4,500.00 |
| Landmark Management Services of Florida, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 12/18/24 | $ 786.45 |
| Landmark Management Services of Florida, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 01/29/25 | $ 3,854.57 |
| Landmark Management Services of Florida, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 02/12/25 | $ 4,763.83 |
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 12/16/24 | $ 22,523.68 |
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 01/27/25 | $ 19,159.17 |
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 01/29/25 | $ 25,185.43 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 02/25/25 | $ 14,277.45 |
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 03/05/25 | $ 19,901.92 |
| Landmark Management Services of Florida, LLC | Medical Business Consultants | 11605 Southfork Ave - Ste B | Baton Rouge | LA | 70816 | Suppliers or vendors | 03/07/25 | $ 58,710.98 |
| Landmark Management Services of Florida, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 01/14/25 | $ 52,784.13 |
| Landmark Management Services of Florida, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 01/27/25 | $ 11,583.67 |
| Landmark Management Services of Florida, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 02/11/25 | $ 38,609.72 |
| Landmark Management Services of Florida, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 02/27/25 | $ 25,197.66 |
| Landmark Management Services of Florida, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 03/07/25 | $ 106,084.40 |
| Landmark Management Services of Florida, LLC | Morris Technolog | 6 N Walnut St | Statesboro | GA | 30458 | Suppliers or vendors | 12/09/24 | $ 7,238.05 |
| Landmark Management Services of Florida, LLC | Morris Technolog | 6 N Walnut St | Statesboro | GA | 30458 | Suppliers or vendors | 01/07/25 | $ 7,238.05 |
| Landmark Management Services of Florida, LLC | Morris Technolog | 6 N Walnut St | Statesboro | GA | 30458 | Suppliers or vendors | 02/07/25 | $ 7,238.05 |
| Landmark Management Services of Florida, LLC | Nova Biomedical Corporation | 200 PROSPECT ST | Waltham | MA | 2453 | Suppliers or vendors | 12/11/24 | $ 3,563.87 |
| Landmark Management Services of Florida, LLC | Nova Biomedical Corporation | 200 PROSPECT ST | Waltham | MA | 2453 | Suppliers or vendors | 12/27/24 | $ 3,563.87 |
| Landmark Management Services of Florida, LLC | Nova Biomedical Corporation | 200 PROSPECT ST | Waltham | MA | 2453 | Suppliers or vendors | 12/27/24 | $ 8,605.50 |
| Landmark Management Services of Florida, LLC | Nova Biomedical Corporation | 200 PROSPECT ST | Waltham | MA | 2453 | Suppliers or vendors | 01/22/25 | $ 1,151.69 |
| Landmark Management Services of Florida, LLC | Nova Biomedical Corporation | 200 PROSPECT ST | Waltham | MA | 2453 | Suppliers or vendors | 01/27/25 | $ 402.27 |
| Landmark Management Services of Florida, LLC | Nursepro Plus, LLC | PO BOX 549 | DELLSLOW | WV | 26531 | Suppliers or vendors | 12/23/24 | $ 6,150.00 |
| Landmark Management Services of Florida, LLC | Nursepro Plus, LLC | PO BOX 549 | DELLSLOW | WV | 26531 | Suppliers or vendors | 12/23/24 | $ 3,000.00 |
| Landmark Management Services of Florida, LLC | Nursepro Plus, LLC | PO BOX 549 | DELLSLOW | WV | 26531 | Suppliers or vendors | 02/24/25 | $ 6,200.00 |
| Landmark Management Services of Florida, LLC | Outset Medical, Inc | 3052 Orchard Dr | San Jose | CA | 95134 | Suppliers or vendors | 02/04/25 | $ 6,163.20 |
| Landmark Management Services of Florida, LLC | Outset Medical, Inc | 3052 Orchard Dr | San Jose | CA | 95134 | Suppliers or vendors | 02/04/25 | $ 6,163.20 |
| Landmark Management Services of Florida, LLC | Outset Medical, Inc | 3052 Orchard Dr | San Jose | CA | 95134 | Suppliers or vendors | 02/04/25 | $ 6,163.20 |
| Landmark Management Services of Florida, LLC | Peak Climate Mechanical | 16850 North Route Z | Centralia | MO | 65240 | Suppliers or vendors | 02/13/25 | $ 9,500.00 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 12/09/24 | $ 74,173.30 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 12/23/24 | $ 125,719.09 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 12/23/24 | $ 47,629.68 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 12/30/24 | $ 76,356.39 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 01/03/25 | $ 67,762.06 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 01/06/25 | $ 118,600.19 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 01/13/25 | $ 89,557.92 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/03/25 | $ 76,008.00 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/04/25 | $ 75,424.20 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/18/25 | $ 66,952.98 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/18/25 | $ 76,845.76 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/27/25 | $ 80,223.61 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 02/28/25 | $ 2,535.33 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 03/04/25 | $ 2,535.33 |
| Landmark Management Services of Florida, LLC | Pharmacare Servi | 713 Fourth Street | Blanco | TX | 78606 | Suppliers or vendors | 03/04/25 | $ 184,242.30 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/16/24 | $ 3,033.38 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/16/24 | $ 9,585.74 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/16/24 | $ 9,488.87 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/23/24 | $ 2,865.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/23/24 | $ 10,219.30 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/23/24 | $ 2,805.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/23/24 | $ 6,551.10 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/23/24 | $ 9,750.20 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 2,811.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 5,307.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 7,342.35 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 391.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 3,550.50 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 12/30/24 | $ 9,298.35 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 2,781.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 3,225.96 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 525.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 5,390.40 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 4,798.05 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 01/08/25 | $ 9,725.60 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 2,560.60 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 4,416.12 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 8,774.20 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 1,300.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 2,584.40 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 3,638.47 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 3,636.75 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/04/25 | $ 890.00 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/24/25 | $ 2,572.50 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/24/25 | $ 5,373.75 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/24/25 | $ 2,546.60 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/24/25 | $ 2,086.26 |
| Landmark Management Services of Florida, LLC | Prolink Healthcare, LLC | 4600 MONTGOMERY RD, SUITE 300 | Cincinnati | OH | 45212 | Suppliers or vendors | 02/24/25 | $ 5,490.75 |
| Landmark Management Services of Florida, LLC | Property Valuation Services | 14400 METCALF AVE | OVERLAND PARK | KS | 66223 | Suppliers or vendors | 03/04/25 | $ 7,851.73 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/09/24 | $ 1,302.95 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/09/24 | $ 319.94 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/10/24 | $ 3,450.90 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/10/24 | $ 412.18 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/11/24 | $ 1,185.12 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/11/24 | $ 83.69 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/12/24 | $ 141.62 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/12/24 | $ 149.44 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/13/24 | $ 973.89 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/13/24 | $ 450.52 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/16/24 | $ 842.92 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/16/24 | $ 847.45 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/17/24 | $ 13.83 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/17/24 | $ 695.51 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/18/24 | $ 193.84 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/18/24 | $ 380.91 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/20/24 | $ 607.75 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/23/24 | $ 1,992.28 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/24/24 | $ 70.00 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/24/24 | $ 695.43 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/24/24 | $ 333.70 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/24/24 | $ 432.31 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/31/24 | $ 118,963.90 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/31/24 | $ 494.75 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 12/31/24 | $ 277.00 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/02/25 | $ 450.57 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/03/25 | $ 5,481.35 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/03/25 | $ 5.28 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/03/25 | $ 230.08 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/03/25 | $ 679.92 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/08/25 | $ 80.62 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/08/25 | $ 184.75 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/08/25 | $ 47.21 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/08/25 | $ 25.84 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/09/25 | $ 629.13 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/14/25 | $ 161.47 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/14/25 | $ 204.60 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/15/25 | $ 149.30 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/17/25 | $ 581.14 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/21/25 | $ 140.49 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/22/25 | $ 161.23 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/22/25 | $ 506.38 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/22/25 | $ 801.34 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/24/25 | $ 30.00 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/24/25 | $ 1,144.45 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/24/25 | $ 181.89 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/28/25 | $ 195.91 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/28/25 | $ 948.37 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/28/25 | $ 163.18 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 01/30/25 | $ 130,388.61 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/03/25 | $ 155.17 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/05/25 | $ 1,076.11 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/05/25 | $ 6.07 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/05/25 | $ 168.51 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/06/25 | $ 185.70 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/07/25 | $ 1,058.15 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/07/25 | $ 666.84 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/07/25 | $ 184.86 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/10/25 | $ 168.43 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/12/25 | $ 1.11 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/13/25 | $ 7.63 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/14/25 | $ 290.24 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/14/25 | $ 600.90 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/14/25 | $ 345.52 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/18/25 | $ 73.70 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/18/25 | $ 147.19 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 1,537.59 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 160.72 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 397.38 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 446.96 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 404.71 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 183.86 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/19/25 | $ 4,817.62 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/21/25 | $ 163.26 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/24/25 | $ 501.60 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/24/25 | $ 305.56 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/24/25 | $ 343.03 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/25/25 | $ 100.00 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/27/25 | $ 21.92 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 02/27/25 | $ 452.71 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/03/25 | $ 135,249.96 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/03/25 | $ 845.93 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/03/25 | $ 313.46 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/03/25 | $ 248.02 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/03/25 | $ 34.55 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 69.99 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 1,381.97 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 120.05 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 103.49 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 193.84 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 242.35 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 255.54 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/04/25 | $ 4,681.23 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/05/25 | $ 232.16 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/05/25 | $ 424.58 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/06/25 | $ 13.00 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/07/25 | $ 149.71 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/07/25 | $ 145.06 |
| Landmark Management Services of Florida, LLC | RAMP CC | 28 West 23rd Street | New York | NY | 10010 | Suppliers or vendors | 03/07/25 | $ 109.51 |
| Landmark Management Services of Florida, LLC | Raymond James | 880 CARILLON PARKWAY | ST Petersburg | FL | 33716 | Services | 02/28/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Raymond James | 880 CARILLON PARKWAY | ST Petersburg | FL | 33716 | Services | 03/07/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Remofirst, Inc | 415 Mission Street | San Francisco | CA | 94105 | Suppliers or vendors | 12/19/24 | $ 6,454.60 |
| Landmark Management Services of Florida, LLC | Remofirst, Inc | 415 Mission Street | San Francisco | CA | 94105 | Suppliers or vendors | 01/14/25 | $ 6,808.00 |
| Landmark Management Services of Florida, LLC | Remofirst, Inc | 415 Mission Street | San Francisco | CA | 94105 | Suppliers or vendors | 02/18/25 | $ 6,166.00 |
| Landmark Management Services of Florida, LLC | RNC Shiva LLC | 3121 Vail St | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/13/25 | $ 48,300.00 |
| Landmark Management Services of Florida, LLC | RNC Shiva LLC | 3121 Vail St | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/03/25 | $ 53,250.00 |
| Landmark Management Services of Florida, LLC | RNC Shiva LLC | 3121 Vail St | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/18/25 | $ 48,300.00 |
| Landmark Management Services of Florida, LLC | RNC Shiva LLC | 3121 Vail St | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 36,800.00 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/10/24 | $ 8,875.00 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 12/16/24 | $ 9,312.50 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/13/25 | $ 8,000.00 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/27/25 | $ 8,781.25 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/10/25 | $ 7,750.00 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/24/25 | $ 10,500.00 |
| Landmark Management Services of Florida, LLC | Sabella Deborah | 2510 Jonquil Lane | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/06/25 | $ 30,125.00 |
| Landmark Management Services of Florida, LLC | Sajjad Ali | 1255 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 01/13/25 | $ 8,000.00 |
| Landmark Management Services of Florida, LLC | Sajjad Ali | 1255 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/04/25 | $ 8,000.00 |
| Landmark Management Services of Florida, LLC | Sajjad Ali | 1255 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/04/25 | $ 8,000.00 |
| Landmark Management Services of Florida, LLC | Sajjad Ali | 1255 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 02/18/25 | $ 2,000.00 |
| Landmark Management Services of Florida, LLC | Sajjad Ali | 1255 Timber Creek Dr | Cape Girardeau | MO | 63701 | Suppliers or vendors | 03/07/25 | $ 12,000.00 |
| Landmark Management Services of Florida, LLC | Salubrity, LLC | 280 East 1st Avenue, Unit 1773 | Broomfield | CO | 80038 | Suppliers or vendors | 12/26/24 | $ 60,000.00 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 184.00 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 2,722.79 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 276.00 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 1,470.50 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 304.00 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 2,169.09 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 12,889.69 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 290.50 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 460.00 |
| Landmark Management Services of Florida, LLC | Sandberg Phoenix & Von Gontard | PO BOX 66726 | St. Louis | MO | 63166-6726 | Suppliers or vendors | 02/11/25 | $ 451.95 |
| Landmark Management Services of Florida, LLC | Savannah Response Medics, LLC | 9 White Pine Ct | Savannah | GA | 31406 | Suppliers or vendors | 01/21/25 | $ 9,537.32 |
| Landmark Management Services of Florida, LLC | Savannah Response Medics, LLC | 9 White Pine Ct | Savannah | GA | 31406 | Suppliers or vendors | 01/27/25 | $ 3,356.89 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 12/16/24 | $ 2,875.20 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 12/16/24 | $ 5,150.25 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 12/16/24 | $ 2,897.60 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 12/16/24 | $ 7,114.26 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 12/16/24 | $ 4,400.00 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/04/25 | $ 2,865.60 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/04/25 | $ 4,378.91 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/04/25 | $ 3,113.55 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/24/25 | $ 28,588.90 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/25/25 | $ 2,876.00 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/25/25 | $ 3,686.62 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/25/25 | $ 4,117.30 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/25/25 | $ 6,201.18 |
| Landmark Management Services of Florida, LLC | SHC Services Inc | 122 E 42nd St, Rm 3810 | New York | NY | 10017 | Suppliers or vendors | 02/25/25 | $ 968.00 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 01/02/25 | $ 108,965.33 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 01/08/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 01/31/25 | $ 108,965.33 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 02/18/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 02/27/25 | $ 108,965.33 |
| Landmark Management Services of Florida, LLC | SILA Realty Trust | PO BOX 714500 | CINCINNATI | OH | 45271-1500 | Suppliers or vendors | 02/28/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 1,684.38 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 1,745.10 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 1,062.06 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 1,308.54 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 3,479.58 |
| Landmark Management Services of Florida, LLC | SMG Innovations LLC | 25 PETER CNR HUBERT MATHEW RD EDENVALE | Gauteng | | 1610 | Suppliers or vendors | 02/10/25 | $ 1,496.04 |
| Landmark Management Services of Florida, LLC | Southeast Lung Associates | PO BOX 15119 | SAVANNAH | GA | 31416 | Suppliers or vendors | 02/18/25 | $ 7,500.00 |
| Landmark Management Services of Florida, LLC | Southeast Lung Associates | PO BOX 15119 | SAVANNAH | GA | 31416 | Suppliers or vendors | 03/05/25 | $ 8,150.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 12/09/24 | $ 3,375.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 12/09/24 | $ 3,675.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 12/09/24 | $ 49,450.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 01/21/25 | $ 3,000.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 01/21/25 | $ 3,000.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 01/21/25 | $ 49,450.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 02/18/25 | $ 3,525.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 02/18/25 | $ 3,225.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 02/18/25 | $ 51,600.00 |
| Landmark Management Services of Florida, LLC | SRB Med LLC | 3529 Notting Hill Cir | Joplin | MO | 64804 | Suppliers or vendors | 03/07/25 | $ 51,150.00 |
| Landmark Management Services of Florida, LLC | St Josephs/Candler Health | Greg Schaak 5353 Reynolds Street | Savannah | GA | 31405 | Suppliers or vendors | 12/23/24 | $ 62,085.00 |
| Landmark Management Services of Florida, LLC | St Josephs/Candler Health | Greg Schaak 5353 Reynolds Street | Savannah | GA | 31405 | Suppliers or vendors | 12/23/24 | $ 62,348.00 |
| Landmark Management Services of Florida, LLC | Supplemental Health Care | SHC SERVICES, INC PO BOX 677896 | Dallas | TX | 75267 | Suppliers or vendors | 12/13/24 | $ 22,437.31 |
| Landmark Management Services of Florida, LLC | Supply Chain Solutions | 200 First Street SW | Rochester | MN | 55905 | Suppliers or vendors | 01/07/25 | $ 6,309.78 |
| Landmark Management Services of Florida, LLC | Supply Chain Solutions | 200 First Street SW | Rochester | MN | 55905 | Suppliers or vendors | 02/11/25 | $ 1,041.98 |
| Landmark Management Services of Florida, LLC | Supply Chain Solutions | 200 First Street SW | Rochester | MN | 55905 | Suppliers or vendors | 02/18/25 | $ 491.75 |
| Landmark Management Services of Florida, LLC | Suwannee Medical Personnel | 817 NW 56TH TERRACE, SUITE A | GAINESVILLE | FL | 32605 | Suppliers or vendors | 01/03/25 | $ 5,640.00 |
| Landmark Management Services of Florida, LLC | Suwannee Medical Personnel | 817 NW 56TH TERRACE, SUITE A | GAINESVILLE | FL | 32605 | Suppliers or vendors | 01/07/25 | $ 7,644.00 |
| Landmark Management Services of Florida, LLC | Suwannee Medical Personnel | 817 NW 56TH TERRACE, SUITE A | GAINESVILLE | FL | 32605 | Suppliers or vendors | 02/07/25 | $ 6,494.40 |
| Landmark Management Services of Florida, LLC | Suwannee Medical Personnel | 817 NW 56TH TERRACE, SUITE A | GAINESVILLE | FL | 32605 | Suppliers or vendors | 03/03/25 | $ 1,886.40 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 12/16/24 | $ 24,441.47 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 12/23/24 | $ 28,052.32 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 12/30/24 | $ 21,773.82 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 01/21/25 | $ 38,853.35 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 01/29/25 | $ 33,345.91 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 02/24/25 | $ 12,871.32 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 02/24/25 | $ 12,533.47 |
| Landmark Management Services of Florida, LLC | TFG Billing LLC | 19614 S Muirfield Circle | Baton Rouge | LA | 70810 | Suppliers or vendors | 03/04/25 | $ 104,292.83 |
| Landmark Management Services of Florida, LLC | Tri-Anim Health Services | 25197 NETWORK PLACE | CHICAGO | IL | 60673-1251 | Suppliers or vendors | 02/18/25 | $ 10,443.64 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 12/09/24 | $ 107,956.26 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 01/13/25 | $ 12,560.00 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 01/13/25 | $ 103,208.76 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 02/10/25 | $ 12,052.50 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 02/10/25 | $ 10,200.00 |
| Landmark Management Services of Florida, LLC | Upright Healthcare Workforce | 2330 Scenic Hwy S Ste 652 | Snellville | GA | 30078 | Suppliers or vendors | 02/18/25 | $ 116,292.52 |
| Landmark Management Services of Florida, LLC | UpToDate | 230 3rd Ave | Waltham | MA | 2451 | Suppliers or vendors | 12/24/24 | $ 25,247.00 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 12/24/24 | $ 10,458.20 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 12/24/24 | $ 1,534.75 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 12/24/24 | $ 10,406.65 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 12/24/24 | $ 442.00 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 12/24/24 | $ 10,121.37 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/04/25 | $ 782.98 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/04/25 | $ 4,607.49 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/25/25 | $ 4,385.33 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/25/25 | $ 782.98 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/25/25 | $ 782.98 |
| Landmark Management Services of Florida, LLC | Us Med-Equip, Inc | PO BOX 4339 | HOUSTON | TX | 77210-4339 | Suppliers or vendors | 02/25/25 | $ 4,330.43 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 01/06/25 | $ 5,066.25 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 01/08/25 | $ 200,000.00 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 02/04/25 | $ 200,000.00 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 02/05/25 | $ 5,066.25 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 02/06/25 | $ 455.97 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 03/06/25 | $ 200,000.00 |
| Landmark Management Services of Florida, LLC | VENTAS | 300 North LaSalle Street, Suite 1600 | Chicago | IL | 60654 | Landlord | 03/07/25 | $ 5,218.24 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 12/13/24 | $ 20,878.15 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 12/16/24 | $ 341.52 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 12/16/24 | $ 24,357.85 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 12/17/24 | $ 13,162.50 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 01/22/25 | $ 1,337.48 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 02/04/25 | $ 24,357.85 |
| Landmark Management Services of Florida, LLC | Wellsky Corporation | 11300 Switzer Road | Overland Park | KS | 66210 | Suppliers or vendors | 02/18/25 | $ 24,357.85 |
| Landmark Management Services of Florida, LLC | Who Multimedia | 200 SW Market St Ste 400 | Portland | OR | 97201 | Suppliers or vendors | 01/02/25 | $ 9,000.00 |
| Landmark Management Services of Florida, LLC | Who Multimedia | 200 SW Market St Ste 400 | Portland | OR | 97201 | Suppliers or vendors | 01/31/25 | $ 9,000.00 |
| Landmark Management Services of Florida, LLC | Who Multimedia | 200 SW Market St Ste 400 | Portland | OR | 97201 | Suppliers or vendors | 03/03/25 | $ 9,000.00 |
| Landmark Management Services of Florida, LLC | WW Williams | 14 WESTGATE BLVD | SAVANNAH | GA | 31405-1475 | Suppliers or vendors | 12/16/24 | $ 7,115.69 |
| Landmark Management Services of Florida, LLC | WW Williams | 14 WESTGATE BLVD | SAVANNAH | GA | 31405-1475 | Suppliers or vendors | 12/19/24 | $ 7,115.69 |
| Landmark Management Services of Florida, LLC | WW Williams | 14 WESTGATE BLVD | SAVANNAH | GA | 31405-1475 | Suppliers or vendors | 01/10/25 | $ 7,115.69 |
| Landmark Management Services of Florida, LLC | YP Healthcare Solutions | 600 Park Offices Drive, Suite 300 | Durham | NC | 27709 | Suppliers or vendors | 01/21/25 | $ 7,626.00 |
| Landmark Management Services of Florida, LLC | YP Healthcare Solutions | 600 Park Offices Drive, Suite 300 | Durham | NC | 27709 | Suppliers or vendors | 03/03/25 | $ 5,663.25 |
| **Total** | | | | | | | | **$24,337,737.71** |

**Exhibit - Item 4**
**SOFA Part 2, Question 4 & 30**
**Landmark Management Services of Florida, LLC**

| Debtor Name | Insider Name | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 03/14/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 03/28/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 04/12/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 04/26/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 05/10/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 05/24/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 06/07/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 06/21/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 07/05/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 07/19/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 08/02/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 08/16/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 08/30/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 09/13/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 09/27/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 10/11/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 10/25/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 11/08/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 11/22/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 12/06/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 12/20/24 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 01/03/25 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 01/17/25 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 01/31/25 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 02/14/25 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Benefits | 02/28/25 | $ 484.11 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 03/15/24 | $ 19,658.68 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 03/29/24 | $ 19,645.18 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 04/12/24 | $ 19,658.68 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 04/26/24 | $ 19,681.75 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 05/10/24 | $ 19,681.75 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 05/24/24 | $ 19,681.75 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 06/07/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 06/21/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 07/05/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 07/19/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 08/02/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 08/16/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 08/30/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 09/13/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 09/27/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 10/11/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 10/25/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 11/08/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 11/22/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 12/06/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 12/20/24 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 01/03/25 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 01/17/25 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 01/31/25 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 02/14/25 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Craig Boudreaux | COO | Biweekly Salary | 02/28/25 | $ 19,271.94 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 03/14/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 03/28/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 04/12/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 04/26/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 05/10/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 05/24/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 06/07/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 06/21/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 07/05/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 07/19/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 08/02/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 08/16/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 08/30/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 09/13/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 09/27/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 10/11/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 10/25/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 11/08/24 | $ 182.62 |

**Exhibit - Item 4**
**SOFA Part 2, Question 4 & 30**
**Landmark Management Services of Florida, LLC**

| Debtor Name | Insider Name | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 11/22/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 12/06/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 12/20/24 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 01/03/25 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 01/17/25 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 01/31/25 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 02/14/25 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Biweekly Benefits | 02/28/25 | $ 182.62 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Loan Repayment | 12/06/24 | $ 26,500.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Loan Repayment | 12/06/24 | $ 35,500.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Loan Repayment | 12/26/24 | $ 53,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Loan Repayment | 12/26/24 | $ 70,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 03/04/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 04/03/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 05/03/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 06/04/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 07/01/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 08/02/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 09/04/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 10/01/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 11/04/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 12/06/24 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 01/06/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 02/05/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | Dr. William Kapp | Chairman | Monthly Salary - Physicians Fee | 03/07/25 | $ 50,000.00 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 03/14/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 03/28/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 04/12/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 04/26/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 05/10/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 05/24/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 06/07/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 06/21/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 07/05/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 07/19/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 08/02/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 08/16/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 08/30/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 09/13/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 09/27/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 10/11/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 10/25/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 11/08/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 11/22/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 12/06/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 12/20/24 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 01/03/25 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 01/17/25 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 01/31/25 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 02/14/25 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Benefits | 02/28/25 | $ 331.33 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 03/15/24 | $ 19,771.59 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 03/29/24 | $ 19,758.09 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 04/12/24 | $ 19,771.59 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 04/26/24 | $ 19,794.66 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 05/10/24 | $ 19,794.66 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 05/24/24 | $ 19,794.66 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 06/07/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 06/21/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 07/05/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 07/19/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 08/02/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 08/16/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 08/30/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 09/13/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 09/27/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 10/11/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 10/25/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 11/08/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 11/22/24 | $ 19,393.18 |

**Exhibit - Item 4**
**SOFA Part 2, Question 4 & 30**
**Landmark Management Services of Florida, LLC**

| Debtor Name | Insider Name | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 12/06/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 12/20/24 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 01/03/25 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 01/17/25 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 01/31/25 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 02/14/25 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Biweekly Salary | 02/28/25 | $ 19,393.18 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 03/15/24 | $ 98.86 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 03/29/24 | $ 98.79 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 04/12/24 | $ 98.86 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 04/26/24 | $ 98.90 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 05/10/24 | $ 98.90 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 05/24/24 | $ 98.90 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 06/07/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 06/21/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 07/05/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 07/19/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 08/02/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 08/16/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 08/30/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 09/13/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 09/27/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 10/11/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 10/25/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 11/08/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 11/22/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 12/06/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 12/20/24 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 01/03/25 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 01/17/25 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 01/31/25 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 02/14/25 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 02/28/25 | $ 96.97 |
| Landmark Management Services of Florida, LLC | M. Bryan Day | CEO | Employer 401K Match | 03/14/25 | $ 75.75 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 03/14/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 03/28/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 04/12/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 04/26/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 05/10/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 05/24/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 06/07/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 06/21/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 07/05/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 07/19/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 08/02/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 08/16/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 08/30/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 09/13/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 09/27/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 10/11/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 10/25/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 11/08/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 11/22/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 12/06/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 12/20/24 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 01/03/25 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 01/17/25 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 01/31/25 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 02/14/25 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Benefits | 02/28/25 | $ 314.72 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 03/15/24 | $ 7,376.04 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 03/29/24 | $ 7,505.62 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 04/12/24 | $ 7,519.12 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 04/26/24 | $ 7,542.19 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 05/10/24 | $ 7,542.19 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 05/24/24 | $ 7,542.19 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 06/07/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 06/21/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 07/05/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 07/19/24 | $ 7,320.00 |

**Exhibit - Item 4**
**SOFA Part 2, Question 4 & 30**
**Landmark Management Services of Florida, LLC**

| Debtor Name | Insider Name | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 08/02/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 08/16/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 08/30/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 09/13/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 09/27/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 10/11/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 10/25/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 11/08/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 11/22/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 12/06/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 12/20/24 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 01/03/25 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 01/17/25 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 01/31/25 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 02/14/25 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Biweekly Salary | 02/28/25 | $ 7,320.00 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 03/15/24 | $ 73.76 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 03/29/24 | $ 75.05 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 04/12/24 | $ 75.19 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 04/26/24 | $ 75.29 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 05/10/24 | $ 75.29 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 05/24/24 | $ 75.29 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 06/07/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 06/21/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 07/05/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 07/19/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 08/02/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 08/16/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 08/30/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 09/13/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 09/27/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 10/11/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 10/25/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 11/08/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 11/22/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 12/06/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 12/20/24 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 01/03/25 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 01/17/25 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 01/31/25 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 02/14/25 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 02/28/25 | $ 73.20 |
| Landmark Management Services of Florida, LLC | Tracy LaRose | CFO | Employer 401K Match | 03/14/25 | $ 83.20 |
| **Total** | | | | | $ **2,075,160.48** |